**Fill in this information to identify the case:**

Debtor name   K&W Holdings Group, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-44755-mxm7

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 18, 2025        X _____
Signature of individual signing on behalf of debtor

Azam Malik
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   K&W Holdings Group, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-44755-mxm7

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................   $   540,186.58

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................   $   540,186.58

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   2,337,174.76

4.  **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $   2,337,174.76

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re** | § | |
| | § | **Case No. 25-44755-mxm7** |
| **K&W HOLDINGS GROUP, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS, AND DISCLAIMERS**
**REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor (the "Debtor") in the above-captioned chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited

information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made diligent and reasonable efforts to ensure the accuracy and completeness of such recreated financial information, inadvertent errors or omissions, may cause a material change to the Schedules and Statements.

Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The CFO of the Debtor, has signed the Schedules and Statements. Jill Filipiak is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Jill Filipiak has relied upon the efforts, statements, and representations of employees, and the Debtor's outside accounting and legal advisors. Jill Filipiak has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses, but is relying on employees of the Debtor in gathering such information.

## GLOBAL NOTES OVERVIEW AND METHODOLOGY

1.      **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation):

(a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against the Debtor (as defined in section 105(a) of the Bankruptcy Code, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.    **Description of Case and "as of" Information Date.** On December 4, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code [Docket No. 1] (the "Petition") with the Bankruptcy Court. The asset and liability information provided herein represents the asset and liability data of the Debtor as of the Petition Date, except as otherwise noted. In some instances, the Debtor has used estimates or

prorated amounts where actual data as of the Petition Date was not available. The Debtor has made a reasonable effort to allocate liabilities between the pre- and postpetition periods based on the information available to the Debtor and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and postpetition periods and amend the Schedules and Statements accordingly.

3.    **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for each of its property interests. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtor's assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtor, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtor's enterprise value.

4.    **Reporting Date.** The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtor's asset values as of 12/4/2025 (the "Reporting Date"), unless otherwise identified. Estimated cash balances presented in Schedule A

reflect bank balances as of 12/4/2025. Liability values presented in Schedules D, E, and F are as of the Petition Date.

5.     **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.     **Liabilities.** The Debtor has sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or

challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7.     **Insiders.** For the purposes of the Schedules and Statements, the Debtor defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; additionally, some of the potential insiders appear to be operating a business similar the Debtor's using foreign based operations in Eastern Europe; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8.     **Executory Contracts and Unexpired Leases.** Although the Debtor has made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtor may have inadvertently failed to do so. Accordingly, the Debtor reserves all of its rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of this chapter 7 case.

9.      **Classifications.** Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10.     **Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11.     **Causes of Action.** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties (collectively, "Causes of Action") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

a. Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

b. Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13. **Estimates.** To prepare and file the Schedules in accordance with the deadline established in the chapter 7 case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14. **Currency.** All amounts are reflected in U.S. dollars unless otherwise indicated.

15. **Setoffs.** The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to

pricing discrepancies, returns, refunds, inadvertent payments, negotiations and/or disputes between the Debtor and its customers, suppliers, and third-party insurers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

16. **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures with respect to the Schedules and
Statement of Financial Affairs Schedules A/B.**

**Part 10:** Intangibles and Intellectual Property.

Patents, Trademarks and/or other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 1Q3** – Official company names on bank accounts

Company Name – K&W Holdings Group, LLC

Bank Name – Texas Partners Banks

Company Name – K&W Holdings Group, LLC
Bank Name – Truist (formerly Suntrust)

**AB P3 Q11** – Door dash, uber eats & grub hub are estimated amounts based on sales and do not

include any vendor fees and taxes.

### SCHEDULES E/F

**Part 1: Priority Unsecured Claims.**

The claims of individual creditors for, among other things, goods, products, services, or

taxes are listed as the amounts entered on the Debtor's books and records and may not reflect

credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor

reserves all of its rights with regard to such credits, allowances, and other adjustments, including

the right to assert claims objections and/or setoffs with respect to the same.

**E/F P1** – Garnishments are court orders for the employee personal debt.  The garnishments listed

were from the employees last paycheck and we did not have wire instructions to pay the

government agencies.

**Part 2: Nonpriority Unsecured Claims.** The Debtor has used reasonable efforts to report all

general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's books and

records as of the Petition Date. Claims listed on Schedule E/F may have been aggregated by

creditor name and remittance address and may include several dates of incurrence for the aggregate

balance listed.

The Debtor has made reasonable efforts to include all unsecured creditors on Schedule E/F

including, but not limited to, trade creditors, consultants, and other service providers; however, the

Debtor believes that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

## SCHEDULE G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or

leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves all of its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

The Debtor reserves all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

Debtor has multiple agreements with business-to-business software providers that may not be listed on Schedule G. The Debtor has listed the major providers that it can readily identify but there are many other smaller companies that provide software 'plug-in' services for the Debtor's software to be functional on various websites. The Debtor lacks the financial wherewithal to identify each of these smaller companies. The Debtor reserves all rights to modify Schedule G should additional agreements be uncovered.

- Arc3 – They have tanks that will need to be returned.

- Pepsi – equipment that will need to be returned.

- Spectrum – has equipment that will need to be returned.

- Charter Communications – has equipment that will need to be returned.

- Cozzini – Slicer blades and knives

- Ecolab – Soap dispensers

- Alsco – Linens / mats / towels

- PFG – Tea equipment at Burlington

- RTI – Filter machine / Storage containers for Oil

- Wind River – Grease dispensers outside

- New Carbon Company – Waffle makers

- IO Music – Music players

- Waste Management – Trash containers (Crossroads / Burlington / Hanes Mills)

- GFL – Trash Containers (Rocky Mt and Holden Rd)

- Republic Services – Trash Containers (Concord / Healy Rd / Towers)

- Oliver Package and Equipment Company – Packaging Machine (Signature / Concord/Rocky Mount/Towers)

## STATEMENT OF FINANCIAL AFFAIRS

**P1Q1 –** The actual dates for gross revenue from business are as follows:

| | |
|---|---|
| 12/28/2022 - 12/26/2023 | $31,496,899.13 |
| 12/27/2023 - 12/31/2024 | $29,207,336.53 |
| 01/01/2025 - 12/01/2025 | $19,354,838.00 |

**P1Q2** – Rebates – Debtor received Pepsi (last received 8/1/25) and Dr. Pepper (6/9/25)

**P5 Q10** – Cash over short is normal operating cash shortages for an entire year P7 Q14 – New Market Hanover LP owns Wilmington location and we had negotiated a payout for the final lease payments. Last payment was due in September 2025 however we stop paying due to cash shortage there is a remaining balance due 54,000.

Fayetteville we negotiated out of the lease on 3/31/2025. There was nothing due and nothing paid to close down.

Allred Investment Company LLC – They own 4 locations, Rocky Mount, Crossroads, Healy Drive, Hanes Mills. Back rent for April, May, June, and November. In addition to base rent, Crossroads has past due percentage rent for July, August, September 2025. Rocky has past due percentage rent for September 2025.

Copperfield Center Partnership owns Concord. Backrent for April, May, June and November. In addition to the base rent Concord has percentage rent for December 2024.

BVB Properties Inc owns Holden Road. Back rent is owed for November.

I-85 Plaza owns Burlington. Back rent is owed partial for May, full rent June, Full rent July and full rent November.

New Bern Development LLC owns Towers.  Back rent is owed for November.

Signature Place Roll Up LLC owns Signature.  Back rent is owed for March, April, May, June, July.  We had negotiated a rent break starting in August for 19,000 until December 2025.

**P10 Q20** – There are 3 storage units located at Cubesmart in Winston Salem. #14, #78, and #79.

Contents include:

**CubeSmart #0014**

(3) Traulsen undercounter cooler
(2) S 2- Bowl Prep sinks
(1) Flat top grill
(1) groove grill
(1) table
(3) landing tables
(1) SS shelving unit
(2) metro warmers
(1) Stainless Steel Prep Table 8'
(1) Follet Ice bin
(1) Hobart 30Q Mixer
(1) Hobart meat grinder
(1) Champion 66 Pro Dish machine
(2) Aluminum can racks

**CubeSmart #0078**

(11) Plastic dunnage racks
(2) Stainless steel Racks w/ over shelf
(1) Comtec Pie Press
(4) Groen PT 20 Pedistal Kettles
(1) landing table
(1) small stainless steel table
(6) Baker's racks
(1) Hobart meat grinder
(1) Stainless steel cart
(22) Stainless steel pans
(1) metro warmer
(1) 8' ladder
(1) Case 2x2 ceiling tile (16ct)

**CubeSmart #0079**

(3) File cabinets/store files (Blue prints for all locations)

(15) Boxes of floor tile/Crossville gray
(4) Blodgett oven racks
(6) metro racks
(14) POS monitors
(25) POS printers
(16) Tablets
(27) Tablet covers
(10) Phones
(Misc.) Assortment of Parts, Assortment of Fiberglass Pipe Insulation

**Fill in this information to identify the case:**

Debtor name    K&W Holdings Group, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-44755-mxm7

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Texas Partners Bank | Operating Account | 1173 | $23,755.12 |
| 3.2. | Truist (formerly Suntrust) | Depository | 3220 | $0.00 |
| 3.3. | Texas Partners Bank | Payroll | 1165 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**          $23,755.12

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| Debtor | K&W Holdings Group, LLC | Case number *(If known)* | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| 7.1. | Crossroads Store #14 - Appalachian Power - Account #21581555222 | $21,930.00 |
| 7.2. | Burlington Store #45 - City of Burlington - Account # 23210490081 | $200.00 |
| 7.3. | Holden Rd Store #30 - City of Greensboro North Carolina - Account #510-1557.302 | $500.00 |
| 7.4. | Signature Pl Store #4 - City of Greensboro North Carolina - Account #410-1172.302 | $500.00 |
| 7.5. | Rocky Mount Store #7 - City of Rocky Mount - Account #00614191-0090795 | $21,000.00 |
| 7.6. | Towers Store #49 - Duke Energy - Account #910130467382 | $4,000.00 |
| 7.7. | Burlington Store #45 - Duke Energy - Account #910130462668 | $7,000.00 |
| 7.8. | Signature Pl Store #4 - Duke Energy - Account #910130467291 | $8,000.00 |
| 7.9. | Healy Store #17 - Duke Energy - Account #910130465207 | $6,000.00 |
| 7.10. | Hanes Mill Store #36 - Duke Energy - Account #910130462808 | $6,000.00 |
| 7.11. | Holden Store #30 - Duke Energy - Account #910130467209 | $4,000.00 |
| 7.12. | Crossroads Store #14 - West Virginia Water Authority - Account #240441-523523 | $100.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $79,230.00 |
|---:|

| Part 3: | Accounts receivable |
|---|---|

| Debtor | K&W Holdings Group, LLC | Case number *(If known)* 25-44755-mxm7 |
|---|---|---|
| | Name | |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  12,080.49  -  0.00  = ....  $12,080.49
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  1,234.22  -  0.00  = ....  $1,234.22
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  460.54  -  0.00  = ....  $460.54
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  21,814.70  -  0.00  = ....  $21,814.70
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  46,602.81  -  0.00  = ....  $46,602.81
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  14,472.10  -  0.00  = ....  $14,472.10
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  30,117.81  -  0.00  = ....  $30,117.81
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  12,829.00  -  0.00  = ....  $12,829.00
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  29,871.07  -  0.00  = ....  $29,871.07
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  1,097.82  -  0.00  = ....  $1,097.82
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  13,378.99  -  0.00  = ....  $13,378.99
face amount     doubtful or uncollectible accounts

11a. 90 days old or less:  3,758.33  -  0.00  = ....  $3,758.33
face amount     doubtful or uncollectible accounts

Debtor   K&W Holdings Group, LLC                                          Case number *(If known)* 25-44755-mxm7
_____Name_____

| 11a. 90 days old or less: | 775.25 | - | 0.00 | = .... | $775.25 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 25,806.28 | - | 0.00 | = .... | $25,806.28 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 35,626.75 | - | 0.00 | = .... | $35,626.75 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 3,601.25 | - | 0.00 | = .... | $3,601.25 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,129.43 | - | 0.00 | = .... | $1,129.43 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 20,569.07 | - | 0.00 | = .... | $20,569.07 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 5,399.32 | - | 0.00 | = .... | $5,399.32 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,107.50 | - | 0.00 | = .... | $1,107.50 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,158.00 | - | 0.00 | = .... | $2,158.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 3,596.95 | - | 0.00 | = .... | $3,596.95 |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                $287,487.68
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                    page  4

Debtor   K&W Holdings Group, LLC — Name
Case number (If known) 25-44755-mxm7

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Signature Place Store - food | 11/18/25 | $11,802.00 | | $11,802.00 |
| | Rocky Mount Store - food | 11/18/25 | $2,396.00 | | $2,396.00 |
| | Concord Store - food | 11/18/25 | $15,244.00 | | $15,244.00 |
| | Crossroads Store - food | 11/18/25 | $17,604.00 | | $17,604.00 |
| | Healy Dr Store - food | 11/18/25 | $10,400.00 | | $10,400.00 |
| | Holden Rd Store - food | 11/18/25 | $4,278.00 | | $4,278.00 |
| | Hanes Mills Store - food | 11/18/25 | $4,117.98 | | $4,117.98 |
| | Burlington Store - food | 11/18/25 | $12,793.00 | | $12,793.00 |
| | Towers Store - food | 11/18/25 | $6,850.00 | | $6,850.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $85,484.98 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

| Debtor | K&W Holdings Group, LLC | Case number *(If known)* 25-44755-mxm7 |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** Please see attached. | $0.00 | | $0.00 |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2001 Ford VAN E150 | $718.20 | | $718.20 |
| 47.2.   2006 Chevrolet Express Cargo Van | $1,461.30 | | $1,461.30 |
| 47.3.   2010 Ford E350 Passenger Van | $3,373.20 | | $3,373.20 |
| 47.4.   2014 Chrysler Town & Country Touring | $1,942.20 | | $1,942.20 |
| 47.5.   2015 Dodge RAM Van (ProMaster) | $5,588.70 | | $5,588.70 |
| 47.6.   2015 Dodge RAM Van (City Wagon) | $3,536.70 | | $3,536.70 |

| Debtor | K&W Holdings Group, LLC | Case number *(If known)* | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.7. | 2015 Dodge RAM 3500 Promaster Cargo Truck | $6,052.50 | | $6,052.50 |
| 47.8. | 2016 Dodge RAM 3500 Promaster Cargo Van | $9,154.50 | | $9,154.50 |
| 47.9. | 2016 Ford Transit Connect XLT Van | $4,723.50 | | $4,723.50 |
| 47.10. | 2016 Ford Explorer XLT 4Dr FWD | $4,562.70 | | $4,562.70 |
| 47.11. | 2016 Ford F250 Pickup | $5,617.50 | | $5,617.50 |
| 47.12. | 2018 RAM ProMaster 1500 Van | $7,590.60 | | $7,590.60 |
| 47.13. | 2019 Buick Encore Preferred-Grey | $4,927.50 | | $4,927.50 |
| 47.14. | 2019 Buick Encore Preferred-White | $4,979.70 | | $4,979.70 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $64,228.80 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

Debtor     K&W Holdings Group, LLC
_____
           Name

Case number *(If known)*  25-44755-mxm7

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Word Mark - K&W Cafeteria (Registration Number 2501839, Serial Number 76111897) | Unknown | | Unknown |
| 61. | **Internet domain names and websites** https://www.kwcafeterias.com | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | K&W Holdings Group, LLC | Case number *(If known)* | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

A claim has been filed relating to credit card sales/fees; however, previous owners are also staking claim. We assert that when we purchased the company, all previous proceeds/assets should now belong to K&W. There has been no determination yet.

Unknown

**Nature of claim**      Lawsuit

**Amount requested**                  $0.00

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**
$0.00

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor     K&W Holdings Group, LLC                                    Case number *(If known)*  25-44755-mxm7
               Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,755.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $79,230.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $287,487.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $85,484.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $64,228.80 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $540,186.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $540,186.58 |

Hrreck Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B:  Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Auto | $337,500.00 | $106,875.00 | Straightline | 8/11/2022 | 0 | 5 |
| Building Expense | $3,182,000.00 | $2,457,211.11 | Straightline | 8/11/2022 | 0 | 15 |
| Furniture and Fixture | $3,862,600.00 | $1,977,283.33 | Straightline | 8/11/2022 | 0 | 7 |
| Small Equipment | $17,900.00 | $5,668.33 | Straightline | 8/11/2022 | 0 | 5 |
| Docking Stations, Two Lapotops | $1,880.12 | $0.00 | Straightline | 8/23/2022 | 10 | 3 |
| DEPOSIT FOR WORK | $2,345.98 | $899.29 | Straightline | 9/2/2022 | 10 | 5 |
| Boiler Parts | $747.25 | $0.00 | Straightline | 9/6/2022 | 10 | 3 |
| Pump Motor Assembly | $2,204.23 | $0.00 | Straightline | 9/7/2022 | 45 | 3 |
| DELL COMPUTER FOR MAINT. DEP. | $671.45 | $0.00 | Straightline | 9/13/2022 | 10 | 3 |
| Installed digital temp cotroller for walk in cooler | $563.00 | $0.00 | Straightline | 9/27/2022 | 10 | 3 |
| Fixed crack in discharge line to extend life of refg. | $2,400.00 | $0.00 | Straightline | 9/27/2022 | 10 | 3 |
| Pump Motor Assembly | $3,785.31 | $0.00 | Straightline | 9/27/2022 | 45 | 3 |
| Concord- Black Epoxy | $506.51 | $28.14 | Straightline | 9/27/2022 | 10 | 3 |
| Concord- Speedset | $456.31 | $25.35 | Straightline | 9/27/2022 | 10 | 3 |
| Drive arm install | $682.23 | $0.00 | Straightline | 10/3/2022 | 10 | 3 |
| Drive arm install | $682.23 | $0.00 | Straightline | 10/3/2022 | 30 | 3 |
| Drive Arm install | $682.23 | $0.00 | Straightline | 10/3/2022 | 45 | 3 |
| DOWN PAYMENT | $2,594.91 | $72.08 | Straightline | 10/4/2022 | 13 | 3 |
| Commercial Service | $5,577.00 | $4,368.65 | Straightline | 10/4/2022 | 49 | 15 |
| parts repairs, inspection, sprinkler system | $4,258.01 | $3,335.44 | Straightline | 10/5/2022 | 4 | 15 |
| Acquisition Trans Permit Work | $3,877.00 | $107.69 | Straightline | 10/6/2022 | 13 | 3 |
| K&W M&R CHARGES TO CORP CARD | $728.08 | $0.00 | Straightline | 10/12/2022 | 14 | 3 |
| BOBBY EXPENSE | $3,566.52 | $0.00 | Straightline | 10/12/2022 | 17 | 3 |
| Condenser fan motor | $1,925.85 | $0.00 | Straightline | 10/12/2022 | 49 | 3 |
| Door Gasket/Parts Town | $512.21 | $0.00 | Straightline | 10/12/2022 | 20 | 3 |
| Door Gasket/Parts Town | $502.59 | $0.00 | Straightline | 10/12/2022 | 20 | 3 |
| Housing Kit/Murray Supply | $28.90 | $0.00 | Straightline | 10/12/2022 | 20 | 3 |
| Mag Gasket/Imperial Brown | $118.69 | $0.00 | Straightline | 10/12/2022 | 20 | 3 |
| Faucet/Murray Supply | $146.26 | $0.00 | Straightline | 10/12/2022 | 20 | 3 |
| GASKET FROM FMP | $373.83 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |
| GASKET FROM FMP | $376.97 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |
| HARDWARE FOR EQUIPMENT/THE MON | $5.29 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |
| MURRAY SUPPLY/DRINK STATION FO | $52.61 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |
| Boiler not firing | $855.60 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |

1 of 23

In re K Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| SPI/PIPE WRAP FOR HANES | $88.93 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |
| SPI/PIPE WRAP FOR HEALY | $398.54 | $0.00 | Straightline | 10/17/2022 | 20 | 3 |
| Cabinet Hardware from hardware | $30.25 | $0.00 | Straightline | 10/18/2022 | 20 | 3 |
| INSULATION FOR COOLER FROM MSC | $62.60 | $0.00 | Straightline | 10/18/2022 | 20 | 3 |
| Payables Trx Entry | $7,901.00 | $0.00 | Straightline | 10/18/2022 | 20 | 3 |
| walk-in cooler repairs | $2,195.71 | $0.00 | Straightline | 10/20/2022 | 10 | 3 |
| Freezer repairs | $1,580.11 | $0.00 | Straightline | 10/25/2022 | 4 | 3 |
| Electrical materialsLOWES | $128.70 | $0.00 | Straightline | 10/25/2022 | 17 | 3 |
| C540857, LOC10, MARMIC FIRE AN | $2,335.07 | $0.00 | Straightline | 10/25/2022 | 36 | 3 |
| COOLER REPAIRS FOR HANES/DLI | $120.00 | $0.00 | Straightline | 10/25/2022 | 36 | 3 |
| DOOR COOLER FOR HANES/MONARCH | $5.48 | $0.00 | Straightline | 10/25/2022 | 36 | 3 |
| EQUIPMENT REPAIRS FOR HANES/PA | $106.00 | $0.00 | Straightline | 10/25/2022 | 36 | 3 |
| Cleaning and reconditioning | $5,625.00 | $0.00 | Straightline | 10/25/2022 | 36 | 3 |
| tile work - Store 14 | $99.94 | $38.31 | Straightline | 10/25/2022 | 14 | 5 |
| paint items for location | $3,334.30 | $1,278.15 | Straightline | 10/25/2022 | 14 | 5 |
| paint dinner room & doors | $3,693.88 | $1,415.99 | Straightline | 10/25/2022 | 14 | 5 |
| DEPOSIT | $1,684.18 | $0.00 | Straightline | 11/2/2022 | 14 | 3 |
| Supplies | $544.36 | $0.00 | Straightline | 11/2/2022 | 14 | 3 |
| Cambro pan Carriers | $5,144.81 | $2,817.39 | Straightline | 11/2/2022 | 10 | 7 |
| LABOR FOR HANES MILL | $9,000.00 | $0.00 | Straightline | 11/3/2022 | 36 | 3 |
| Rocky Mt. Pie Press/Comtec | $8,178.00 | $0.00 | Straightline | 11/7/2022 | 7 | 3 |
| Fuse Block Kit | $1,578.71 | $0.00 | Straightline | 11/9/2022 | 45 | 3 |
| Needs programming | $1,401.52 | $0.00 | Straightline | 11/9/2022 | 45 | 3 |
| GPS/PLUMBING MATERIALS FOR BUR | $10.18 | $0.00 | Straightline | 11/9/2022 | 45 | 3 |
| Supplies | $516.69 | $0.00 | Straightline | 11/9/2022 | 45 | 3 |
| Supplies | $536.51 | $0.00 | Straightline | 11/9/2022 | 45 | 3 |
| STRATFORD MEDAL COOLER RACK FO | $130.00 | $0.00 | Straightline | 11/9/2022 | 13 | 3 |
| Wilmington | $3,034.52 | $1,163.23 | Straightline | 11/9/2022 | 20 | 5 |
| deposit wallpaper removal #7 | $1,900.00 | $0.00 | Straightline | 11/10/2022 | 7 | 3 |
| DEPOSIT FOR PAINT/MOLD REMOVAL | $1,200.00 | $0.00 | Straightline | 11/10/2022 | 10 | 3 |
| unclog floor drain | $943.67 | $0.00 | Straightline | 11/10/2022 | 10 | 3 |
| Service to remove silicone | $2,700.78 | $0.00 | Straightline | 11/10/2022 | 10 | 3 |
| Convection Oven for Concord | $12,875.31 | $0.00 | Straightline | 11/14/2022 | 10 | 3 |
| Frige and oven for towers | $8,411.62 | $0.00 | Straightline | 11/14/2022 | 49 | 3 |

Inrek Holdings Group, LLC
Case No. 25-44755-mxm7
Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Oven for Burlington | $3,100.02 | $0.00 | Straightline | 11/14/2022 | 45 | 3 |
| Frige/Oven for Burlington | $13,707.77 | $0.00 | Straightline | 11/14/2022 | 45 | 3 |
| Pie press and shipping for Hea | $8,729.80 | $0.00 | Straightline | 11/15/2022 | 17 | 3 |
| Floor Mixer and Fryer | $18,342.95 | $0.00 | Straightline | 11/15/2022 | 14 | 3 |
| OVEN FOR ROCKY MT | $6,451.97 | $0.00 | Straightline | 11/15/2022 | 7 | 3 |
| Pie Press | $564.80 | $0.00 | Straightline | 11/15/2022 | 7 | 3 |
| Honeywell | $1,398.43 | $0.00 | Straightline | 11/17/2022 | 17 | 3 |
| WEINMAN PUMP AND MOTOR | $1,990.89 | $0.00 | Straightline | 11/17/2022 | 17 | 3 |
| replace lighting | $1,370.48 | $0.00 | Straightline | 11/17/2022 | 7 | 3 |
| HOLDEN DUCT CLEANING | $16.05 | $0.00 | Straightline | 11/17/2022 | 30 | 3 |
| Wilmington acquisition deposit | $8,412.04 | $0.00 | Straightline | 11/17/2022 | 20 | 3 |
| PIE PRESS OIL FOR HEALY/HUFFMA | $120.81 | $0.00 | Straightline | 11/21/2022 | 17 | 3 |
| PIE PRESS OIL FOR ROCKY MT/HUF | $120.79 | $0.00 | Straightline | 11/21/2022 | 7 | 3 |
| PIE PRESS OIL FOR SIGNATURE/HU | $120.79 | $0.00 | Straightline | 11/21/2022 | 7 | 3 |
| Concord downpayment | $5,704.65 | $0.00 | Straightline | 11/21/2022 | 10 | 3 |
| Refrigeration Repair | $2,370.75 | $0.00 | Straightline | 11/22/2022 | 13 | 3 |
| Refrigeration Repair | $1,663.50 | $0.00 | Straightline | 11/22/2022 | 13 | 3 |
| Smallware CPO Loc#17 PL Review | $2,573.00 | $0.00 | Straightline | 11/22/2022 | 17 | 3 |
| Boiler MM150 Control | $5,008.92 | $0.00 | Straightline | 11/22/2022 | 20 | 3 |
| 565861, MECHANICAL MAINTENANCE | $2,877.45 | $0.00 | Straightline | 11/22/2022 | 20 | 3 |
| Concord | $2,074.13 | $0.00 | Straightline | 11/22/2022 | 10 | 3 |
| Cooler/steamer for Hanes | $24,185.21 | $0.00 | Straightline | 11/22/2022 | 36 | 3 |
| Acquisition work for Concord | $6,655.43 | $0.00 | Straightline | 11/22/2022 | 10 | 3 |
| Crossroads | $1,361.51 | $0.00 | Straightline | 11/22/2022 | 14 | 3 |
| Painting in dinning ETC | $2,233.75 | $856.27 | Straightline | 11/22/2022 | 30 | 5 |
| Paint in dining area, etc | $6,023.75 | $2,309.10 | Straightline | 11/22/2022 | 49 | 5 |
| Wall Repair/DLI/Towers | $260.00 | $99.67 | Straightline | 11/22/2022 | 49 | 5 |
| Gas/Electric Oven for Healy | $9,515.51 | $0.00 | Straightline | 11/29/2022 | 17 | 3 |
| GEARMOTOR | $1,237.15 | $0.00 | Straightline | 11/30/2022 | 45 | 3 |
| Curtain, Gearmotor, Screen | $2,457.23 | $0.00 | Straightline | 11/30/2022 | 45 | 3 |
| 2 CONVECTION OVENS FOR #36 | $12,875.31 | $0.00 | Straightline | 11/30/2022 | 36 | 3 |
| Repairs leaks in mechanic | $4,967.08 | $3,946.07 | Straightline | 11/30/2022 | 49 | 15 |
| Oven/fridge door for HOLDEN | $14,690.94 | $0.00 | Straightline | 12/5/2022 | 30 | 3 |
| Griddle and Shelves for Hanes | $11,212.93 | $0.00 | Straightline | 12/5/2022 | 36 | 3 |

In re K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| HEALY ACQUISITION DOWNPAYMENT | $16,303.88 | $0.00 | Straightline | 12/5/2022 | 17 | 3 |
| New Regulator | $5,510.44 | $0.00 | Straightline | 12/7/2022 | 49 | 3 |
| Payables Trx Entry | $912.77 | $0.00 | Straightline | 12/7/2022 | 17 | 3 |
| Hanes Acquisitions cost | $1,900.34 | $0.00 | Straightline | 12/7/2022 | 36 | 3 |
| ICE MACHINE/SINK INSTALL | $4,718.70 | $0.00 | Straightline | 12/7/2022 | 4 | 3 |
| WALL REPAIR/CONCORD | $906.86 | $0.00 | Straightline | 12/13/2022 | 4 | 3 |
| Signature mixer, oven, griddle | $19,313.22 | $0.00 | Straightline | 12/14/2022 | 4 | 3 |
| SIGNATURE PIE PRESS | $8,892.98 | $0.00 | Straightline | 12/14/2022 | 4 | 3 |
| Boiler not working | $5,653.48 | $0.00 | Straightline | 12/15/2022 | 13 | 3 |
| ADDENDUM FOR CONCORD | $5,000.00 | $0.00 | Straightline | 12/15/2022 | 10 | 3 |
| HOLDEN CABINET/FRYER | $3,735.31 | $0.00 | Straightline | 12/15/2022 | 30 | 3 |
| 3RD PAYMENT FOR CONCORD | $6,655.42 | $0.00 | Straightline | 12/15/2022 | 10 | 3 |
| Griddle and undershelf | $1,213.51 | $0.00 | Straightline | 12/15/2022 | 10 | 3 |
| Deposit for Healy Electrical | $5,122.62 | $0.00 | Straightline | 12/20/2022 | 17 | 3 |
| deposit for Hanes | $6,342.42 | $0.00 | Straightline | 12/20/2022 | 36 | 3 |
| DEPOSIT FOR TRANSITION COSTS | $2,445.06 | $0.00 | Straightline | 12/20/2022 | 36 | 3 |
| Floor Fryer | $1,208.19 | $0.00 | Straightline | 12/21/2022 | 17 | 3 |
| Signature Steamer | $19,432.77 | $0.00 | Straightline | 12/22/2022 | 4 | 3 |
| 50% deposit | $38,550.00 | $0.00 | Straightline | 12/22/2022 | 13 | 3 |
| 50% DEPOSIT REQUIRED | $19,950.00 | $0.00 | Straightline | 12/22/2022 | 13 | 3 |
| Catalytic Converter - Auto | $2,352.93 | $0.00 | Straightline | 12/27/2022 | 13 | 3 |
| Drive arm install kit | $682.23 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| Fan Motor | $660.16 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| 4134125, STRATEGIC EQUIPMENT # | $138.97 | $0.00 | Straightline | 12/27/2022 | 7 | 3 |
| 4135090, STRATEGIC EQUIPMENT # | $616.67 | $0.00 | Straightline | 12/27/2022 | 7 | 3 |
| 4135092, STRATEGIC EQUIPMENT#7 | $820.39 | $0.00 | Straightline | 12/27/2022 | 7 | 3 |
| COOLER REPAIR #17/DLI | $120.00 | $0.00 | Straightline | 12/27/2022 | 17 | 3 |
| COOLER REPAIR #36/UNITED REFRI | $100.24 | $0.00 | Straightline | 12/27/2022 | 36 | 3 |
| ELECTRIC MATERIAL FOR #45/HOME | $222.65 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| EQUIP INSTALL FOR #45/STATE EL | $11.13 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| Hanes Mill Casters | $1,588.29 | $0.00 | Straightline | 12/27/2022 | 36 | 3 |
| INSALL COOLER #45/STATE ELECTR | $61.09 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| INSTALL EQUIP #10/LOWES | $290.11 | $0.00 | Straightline | 12/27/2022 | 10 | 3 |
| NEW EQUIP #45/EASTER | $309.23 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |

Inreck Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| NEW EQUIP INSTALL #17/EASTERN | $294.25 | $0.00 | Straightline | 12/27/2022 | 17 | 3 |
| Electrical work for Hanes | $2,911.47 | $0.00 | Straightline | 12/27/2022 | 36 | 3 |
| #45 Oven/Acquisition cost | $3,100.02 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| Removal/reinstall threshold | $742.17 | $0.00 | Straightline | 12/27/2022 | 45 | 3 |
| T&S deck mount, spray unclog | $1,294.34 | $0.00 | Straightline | 12/27/2022 | 20 | 3 |
| STEEL PLATES FOR #17/DLI | $50.00 | $0.00 | Straightline | 12/27/2022 | 17 | 3 |
| TRAILER RENTAL #17/SUNBELT | $76.10 | $0.00 | Straightline | 12/27/2022 | 17 | 3 |
| TRAILER RENTAL FOR #10/SUNBELT | $84.85 | $0.00 | Straightline | 12/27/2022 | 10 | 3 |
| WAK IN COOLER #17/MONARCH GROU | $13.71 | $0.00 | Straightline | 12/27/2022 | 17 | 3 |
| CPO Paint Job, Hanes Mill | $391.23 | $0.00 | Straightline | 12/27/2022 | 36 | 3 |
| PLUMBING REPAI #10/MURRAY SUPP | $367.43 | $140.85 | Straightline | 12/27/2022 | 10 | 5 |
| TILE FOR #17/LOWES | $64.24 | $24.63 | Straightline | 12/27/2022 | 17 | 5 |
| TILE FOR #4/DALTILE | $395.73 | $151.70 | Straightline | 12/27/2022 | 4 | 5 |
| Increase lighting | $4,908.63 | $1,963.45 | Straightline | 1/6/2023 | 49 | 5 |
| Transition repairs for Towers | $9,145.00 | $3,658.00 | Straightline | 1/9/2023 | 36 | 5 |
| Hanes Mill Aquisition | $26,434.35 | $10,573.74 | Straightline | 1/9/2023 | 4 | 5 |
| Signature Acquisition costs | $17,018.09 | $6,807.24 | Straightline | 1/9/2023 | 17 | 5 |
| Healy Acquisition Costs | $25,840.50 | $10,336.20 | Straightline | 1/9/2023 | 20 | 5 |
| Payables Trx Entry | $1,138.48 | $455.39 | Straightline | 1/9/2023 | 10 | 5 |
| Paint in dinning area, etc | $9,900.00 | $3,960.00 | Straightline | 1/12/2023 | 13 | 5 |
| Removed paper and paint | $5,584.00 | $2,233.60 | Straightline | 1/12/2023 | 10 | 5 |
| Honeywell | $972.26 | $388.90 | Straightline | 1/12/2023 | 10 | 5 |
| Repair walls and paint | $7,139.09 | $2,855.64 | Straightline | 1/12/2023 | 10 | 5 |
| Approval attached | $14,948.06 | $5,979.22 | Straightline | 1/12/2023 | 10 | 5 |
| Replace Vinyl Skin | $2,739.20 | $1,095.68 | Straightline | 1/12/2023 | 10 | 5 |
| Payment 2 of 3 | $19,021.19 | $7,608.48 | Straightline | 1/13/2023 | 10 | 5 |
| TIRE INSTALATION | $965.60 | $0.00 | Straightline | 1/18/2023 | GA | 3 |
| Celling panels | $5,201.05 | $2,080.42 | Straightline | 1/18/2023 | 10 | 5 |
| Remove paper and paint | $1,828.00 | $731.20 | Straightline | 1/19/2023 | 10 | 5 |
| Inspect lines | $7,854.19 | $3,141.68 | Straightline | 1/19/2023 | 10 | 5 |
| #36 and 17 acquisition costs | $20,552.62 | $8,221.05 | Straightline | 1/19/2023 | 17 | 5 |
| Fixing convection oven | $3,188.17 | $0.00 | Straightline | 1/24/2023 | 13 | 3 |
| HM # 36 CPO - Lever Waste | $90.42 | $36.17 | Straightline | 1/24/2023 | 36 | 5 |
| HM # 36 CPO- Paint | $198.22 | $79.29 | Straightline | 1/24/2023 | 36 | 5 |

Imre K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| HM # 36 CPO - Spray Paint | $121.71 | $48.68 | Straightline | 1/24/2023 | 36 | 5 |
| HM # 36 CPO - Freezer Evaporat | $129.88 | $51.95 | Straightline | 1/24/2023 | 36 | 5 |
| Tri Mark 4160561 | $6,133.23 | $2,453.29 | Straightline | 1/24/2023 | 30 | 5 |
| Trimark 4162616 (Store 45) | $3,003.25 | $1,201.30 | Straightline | 1/24/2023 | 45 | 5 |
| Trimark 4163127 (Holden RD) | $721.28 | $288.51 | Straightline | 1/24/2023 | 30 | 5 |
| Tri Mark 4110901 Healy Drive | $746.29 | $298.52 | Straightline | 1/24/2023 | 17 | 5 |
| TUNDRAFMP 010423-RH Store 14 | $492.78 | $197.11 | Straightline | 1/24/2023 | 14 | 5 |
| Painting on doors and Kitchen | $1,721.00 | $688.40 | Straightline | 1/24/2023 | 20 | 5 |
| SHELVES FOR HEALY | $5,849.58 | $2,339.83 | Straightline | 1/24/2023 | 17 | 5 |
| GRIDDLE FOR HANES MILL | $1,495.86 | $598.34 | Straightline | 1/24/2023 | 36 | 5 |
| Healy Electrical/Home dept | $49.18 | $19.67 | Straightline | 1/24/2023 | 17 | 5 |
| Strip and Nickel Plate Codler | $9,416.00 | $3,766.40 | Straightline | 1/24/2023 | 20 | 5 |
| COOLER REPAIR | $57.63 | $1.60 | Straightline | 2/1/2023 | 20 | 3 |
| Electrical for Holden | $415.32 | $11.54 | Straightline | 2/1/2023 | 30 | 3 |
| 2 REFRIGERATORS CONCORD | $6,417.86 | $2,674.11 | Straightline | 2/1/2023 | 10 | 5 |
| COOLER REPAIRS/UNITED REFRIG | $112.64 | $3.13 | Straightline | 2/2/2023 | 10 | 3 |
| LOWES PLUMBING MATERIALS | $91.27 | $2.54 | Straightline | 2/2/2023 | 10 | 3 |
| Rebuild boiler | $16,760.02 | $13,501.13 | Straightline | 2/2/2023 | 20 | **15** |
| replace lamps | $19,988.94 | $555.25 | Straightline | 2/7/2023 | 7 | 3 |
| Refrigeration gasket installed | $1,745.31 | $48.48 | Straightline | 2/7/2023 | 45 | 3 |
| Refrigeration Gasket installed | $1,339.63 | $37.21 | Straightline | 2/7/2023 | 30 | 3 |
| installed heat exchanger | $2,150.45 | $59.73 | Straightline | 2/9/2023 | 13 | 3 |
| Caster for equipment | $1,024.76 | $28.47 | Straightline | 2/9/2023 | 17 | 3 |
| Refrigeration gasket installed | $1,377.00 | $38.25 | Straightline | 2/9/2023 | 20 | 3 |
| Handle for unit | $640.50 | $17.79 | Straightline | 2/9/2023 | 30 | 3 |
| Refrigeration gaskets | $743.65 | $20.66 | Straightline | 2/9/2023 | 17 | 3 |
| Celling painting in bathrooms | $10,689.00 | $4,453.75 | Straightline | 2/9/2023 | 20 | 5 |
| Door heater | $1,872.51 | $52.01 | Straightline | 2/9/2023 | 10 | 3 |
| Refrigeration Gasket installed | $1,510.41 | $41.96 | Straightline | 2/10/2023 | 7 | 3 |
| install new coping | $20,848.28 | $579.12 | Straightline | 2/13/2023 | 7 | 3 |
| HOSHI Front Panel | $802.71 | $22.30 | Straightline | 2/14/2023 | 17 | 3 |
| USG Glacier Basic | $1,646.34 | $45.73 | Straightline | 2/14/2023 | 30 | 3 |
| Acquisition costs for #17 | $12,816.74 | $5,340.31 | Straightline | 2/14/2023 | 17 | 5 |
| Refrigeration Gasket installed | $2,016.81 | $56.02 | Straightline | 2/14/2023 | 13 | 3 |

In re K Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| universal replacement hinge | $1,456.65 | $40.46 | Straightline | 2/15/2023 | 20 | 3 |
| Replaced spraying coppe | $5,430.50 | $2,262.71 | Straightline | 2/16/2023 | 49 | 5 |
| Lowes  plumbing materials #4 | $95.97 | $0.00 | Straightline | 2/18/2023 | 4 | 2 |
| Monarch/hardware for Casters | $52.38 | $0.00 | Straightline | 2/18/2023 | 17 | 2 |
| SLICER TRANSACTION PERMIT | $2,143.00 | $59.53 | Straightline | 2/18/2023 | 4 | 3 |
| 003, KIMMER REFRIGERATION Sign | $376.00 | $10.44 | Straightline | 2/21/2023 | 4 | 3 |
| BOBBYEXP04012523-AP, K&W CORPO | $240.75 | $6.69 | Straightline | 2/21/2023 | GA | 3 |
| 16757, CONCORD, Putnam Mechani | $850.65 | $23.63 | Straightline | 2/21/2023 | 10 | 3 |
| 16756, CONCORD, Putnam Mechani | $776.00 | $21.56 | Straightline | 2/21/2023 | 10 | 3 |
| CPO W1, Maintenance, Hanes Mil | $300.42 | $8.34 | Straightline | 2/21/2023 | 36 | 3 |
| CPO W4, Maintenance, Hanes Mil | $271.00 | $7.53 | Straightline | 2/21/2023 | 36 | 3 |
| 4836, Gasket Guy, Hanes Mill | $385.20 | $10.70 | Straightline | 2/21/2023 | 36 | 3 |
| BOBBYSEXPENSE012023, HEALY Dri | $31.04 | $0.86 | Straightline | 2/21/2023 | 36 | 3 |
| CPO P2W4, Healy Drive | $130.38 | $3.62 | Straightline | 2/21/2023 | 17 | 3 |
| Stratford022023-RH, Healy | $338.00 | $9.39 | Straightline | 2/21/2023 | 17 | 3 |
| BOBBYEXP04012523-AP, SIGNATURE | $240.75 | $6.69 | Straightline | 2/21/2023 | 4 | 3 |
| 4954890, Regency, Signature | $230.27 | $6.40 | Straightline | 2/21/2023 | 4 | 3 |
| S1562727001, GP Supply, Signat | $204.96 | $5.69 | Straightline | 2/21/2023 | 4 | 3 |
| Holden Smallwares CPO 013123 | $459.03 | $12.75 | Straightline | 2/21/2023 | 30 | 3 |
| Replaced old thermo | $549.00 | $15.25 | Straightline | 2/21/2023 | 36 | 3 |
| frige repairwalk in freezer | $1,468.17 | $40.78 | Straightline | 2/21/2023 | 17 | 3 |
| SHELF CLIP FOR COOLER | $125.67 | $3.49 | Straightline | 2/21/2023 | 17 | 3 |
| Refrigeration Gasket installed | $1,573.93 | $43.72 | Straightline | 2/21/2023 | 49 | 3 |
| Compressor celling moun | $1,637.66 | $45.49 | Straightline | 2/21/2023 | 4 | 3 |
| Trenton pre assembled | $4,407.80 | $122.44 | Straightline | 2/21/2023 | 4 | 3 |
| Paint on walls and ceiling | $1,721.00 | $717.08 | Straightline | 2/21/2023 | 20 | 5 |
| 4175737, STRATEGIC EQUIPMENT, | $1,472.45 | $40.90 | Straightline | 2/21/2023 | 4 | 3 |
| 4187782, STRATEGIC EQUIPMENT, | $3,790.76 | $105.30 | Straightline | 2/21/2023 | 4 | 3 |
| 4175734, STRATEGIC EQUIPMENT, | $5,052.34 | $140.34 | Straightline | 2/21/2023 | 17 | 3 |
| 4175738, STRATEGIC EQUIPMENT, | $557.64 | $15.49 | Straightline | 2/21/2023 | 30 | 3 |
| 4178636, STRATEGIC EQUIPMENT, | $940.51 | $26.13 | Straightline | 2/21/2023 | 45 | 3 |
| 378785, MCCULLOUGH Signature | $1,109.66 | $30.82 | Straightline | 2/21/2023 | 4 | 3 |
| 547200, Cannon, Healy | $115.68 | $3.21 | Straightline | 2/21/2023 | 17 | 3 |
| 493700, Cannon, Healy | $72.60 | $2.02 | Straightline | 2/21/2023 | 17 | 3 |

InnerK Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| 500100, Cannon, Healy | $156.13 | $4.34 | Straightline | 2/21/2023 | 17 | 3 |
| 503200, Cannon, Hanes Mill | $584.43 | $16.23 | Straightline | 2/21/2023 | 36 | 3 |
| 003, KIMMER REFRIGERATION SIGN | $376.00 | $10.44 | Straightline | 2/21/2023 | 4 | 3 |
| Install new RayTherm boiler | $25,717.35 | $714.37 | Straightline | 2/21/2023 | 20 | 3 |
| TILE FOR HEALY DEPOSIT | $3,000.00 | $83.33 | Straightline | 2/22/2023 | 17 | 3 |
| Buid non load bearing | $2,306.75 | $64.08 | Straightline | 2/23/2023 | 36 | 3 |
| GRIDDLE for Holden | $1,625.06 | $967.30 | Straightline | 3/1/2023 | 14 | 7 |
| Payment 3 of 3 | $19,021.18 | $8,242.51 | Straightline | 3/1/2023 | 17 | 5 |
| Deposit material | $2,751.64 | $1,192.38 | Straightline | 3/2/2023 | 14 | 5 |
| Healy Acquisitions cost | $26,175.32 | $11,342.64 | Straightline | 3/2/2023 | 17 | 5 |
| installing pvc coven | $750.06 | $41.67 | Straightline | 3/2/2023 | 17 | 3 |
| Camera Service | $2,028.25 | $112.68 | Straightline | 3/6/2023 | 36 | 3 |
| Install new wafer lights | $7,072.19 | $3,064.62 | Straightline | 3/6/2023 | 17 | 5 |
| Rocky mt acquisition costs | $7,157.55 | $3,101.61 | Straightline | 3/6/2023 | 7 | 5 |
| replace pvc jacket | $1,251.00 | $69.50 | Straightline | 3/7/2023 | 36 | 3 |
| Final payment for #36 | $7,250.00 | $3,141.67 | Straightline | 3/7/2023 | 36 | 5 |
| Burlington acquisition on cost | $8,691.30 | $3,766.23 | Straightline | 3/7/2023 | 45 | 5 |
| installed heat exchanger | $3,010.00 | $167.22 | Straightline | 3/8/2023 | 14 | 3 |
| ALL LABOR | $3,560.00 | $1,542.67 | Straightline | 3/9/2023 | 14 | 5 |
| Install wafer light | $6,312.79 | $2,735.54 | Straightline | 3/9/2023 | 4 | 5 |
| CASTERS FOR RACKS | $233.56 | $12.98 | Straightline | 3/10/2023 | 17 | 3 |
| HEALY CASTERS | $417.77 | $23.21 | Straightline | 3/10/2023 | 17 | 3 |
| TRANSITION PERMIT, GAS LINE | $642.00 | $35.67 | Straightline | 3/10/2023 | 36 | 3 |
| EQUIP INSTALL 36/LOWES | $13.89 | $0.77 | Straightline | 3/10/2023 | 36 | 3 |
| Floor repair | $7,157.55 | $3,101.61 | Straightline | 3/15/2023 | 36 | 5 |
| Cove base Guest Bathroom | $2,628.21 | $1,138.89 | Straightline | 3/15/2023 | 17 | 5 |
| #4 deposit acquisition costs | $28,527.75 | $12,362.03 | Straightline | 3/15/2023 | 4 | 5 |
| Grill cook coder service | $2,110.09 | $117.23 | Straightline | 3/15/2023 | 4 | 3 |
| Installation screw-in | $543.03 | $30.17 | Straightline | 3/16/2023 | 17 | 3 |
| Celling panels | $8,029.65 | $3,479.52 | Straightline | 3/16/2023 | 4 | 5 |
| WESTAURANT | $4,948.48 | $274.92 | Straightline | 3/17/2023 | 17 | 3 |
| Camera service | $1,307.69 | $1,060.68 | Straightline | 3/21/2023 | 10 | 15 |
| Payables Trx Entry | $20,398.88 | $8,839.51 | Straightline | 3/21/2023 | 45 | 5 |
| COOK TABLE REPAIRS | $169.92 | $9.44 | Straightline | 3/23/2023 | 4 | 3 |

8 of 23

Irner K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| CART WHEELS FOR #36 | $336.56 | $18.70 | Straightline | 3/23/2023 | 36 | 3 |
| ANGLE IRON FOR COOLER SUPPORT | $209.72 | $11.65 | Straightline | 3/23/2023 | 17 | 3 |
| COOLER EQP REPAIR FOR HEALY | $13.03 | $0.72 | Straightline | 3/23/2023 | 17 | 3 |
| STORAGE FLOOR FOR HANES | $71.59 | $3.98 | Straightline | 3/23/2023 | 36 | 3 |
| INSPECTION | $1,709.85 | $740.94 | Straightline | 3/23/2023 | 17 | 5 |
| door lock repair wall painted | $17,549.69 | $7,604.87 | Straightline | 3/23/2023 | 20 | 5 |
| Refrigeration service call | $1,550.01 | $86.11 | Straightline | 3/27/2023 | 17 | 3 |
| 935700, CANNON MARKETING INC. | $1,197.57 | $66.53 | Straightline | 3/28/2023 | 13 | 3 |
| Circulator Pump | $1,295.95 | $72.00 | Straightline | 3/28/2023 | 13 | 3 |
| CPO Reclass Store 04 | $18.17 | $1.01 | Straightline | 3/28/2023 | 4 | 3 |
| CPO Reclass Store 04 | $7.43 | $0.41 | Straightline | 3/28/2023 | 4 | 3 |
| 4882, Gasket Guy #36 | $267.50 | $14.86 | Straightline | 3/28/2023 | 36 | 3 |
| LOWES031623, Floor repair #36 | $68.47 | $3.80 | Straightline | 3/28/2023 | 36 | 3 |
| WALKERTOWN22823, Plumbing #36 | $126.99 | $7.06 | Straightline | 3/28/2023 | 36 | 3 |
| S1566478001, GP Supply #04 | $116.40 | $6.47 | Straightline | 3/28/2023 | 4 | 3 |
| BOBBYS LOWES 032623, Repairs # | $186.99 | $10.39 | Straightline | 3/28/2023 | 4 | 3 |
| 8906303500, UNITED #04 | $22.27 | $1.24 | Straightline | 3/28/2023 | 4 | 3 |
| CPO P3W1, Signature | $162.32 | $9.02 | Straightline | 3/28/2023 | 4 | 3 |
| 1005564297001, L&W Supply # 04 | $330.06 | $18.34 | Straightline | 3/28/2023 | 4 | 3 |
| 8885763000, United Refrig #04 | $242.70 | $13.48 | Straightline | 3/28/2023 | 4 | 3 |
| RAYMOND020923, Diffuser #17 | $182.62 | $10.15 | Straightline | 3/28/2023 | 17 | 3 |
| 8925197900, Copper #17 | $18.42 | $1.02 | Straightline | 3/28/2023 | 17 | 3 |
| CPO, #30 Paint Supplies | $242.62 | $13.48 | Straightline | 3/28/2023 | 30 | 3 |
| CPO, Repairs #30 | $81.47 | $4.53 | Straightline | 3/28/2023 | 30 | 3 |
| CPO, Adapter #30 | $32.37 | $1.80 | Straightline | 3/28/2023 | 30 | 3 |
| CPO, Hose, #30 | $227.17 | $12.62 | Straightline | 3/28/2023 | 30 | 3 |
| cooler repair | $4,167.39 | $231.52 | Straightline | 3/28/2023 | 4 | 3 |
| rebuild cooler | $1,316.34 | $73.13 | Straightline | 3/28/2023 | 4 | 3 |
| EASTREN EQUEP | $321.00 | $17.83 | Straightline | 3/28/2023 | 30 | 3 |
| LOWES FLOOR PAINT FOR #36 | $174.44 | $9.69 | Straightline | 3/28/2023 | 36 | 3 |
| STEEL SCREWS FOR 10 | $19.00 | $1.06 | Straightline | 3/28/2023 | 10 | 3 |
| STORAGE FLOOR DEGR #36 | $17.08 | $0.95 | Straightline | 3/28/2023 | 36 | 3 |
| EASTRN PLUMBING PARTS | $42.80 | $2.38 | Straightline | 3/28/2023 | 30 | 3 |
| FMP CART WHEELS #17 | $145.34 | $8.07 | Straightline | 3/28/2023 | 17 | 3 |

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| COVE BASE #20 | $897.81 | $49.88 | Straightline | 3/28/2023 | 20 | 3 |
| SPEED RACKS | $886.88 | $49.27 | Straightline | 3/28/2023 | 17 | 3 |
| WEB-DON TRANSITION REPAIR FOR | $158.60 | $8.81 | Straightline | 3/28/2023 | 17 | 3 |
| TRANSITION REPIAR BY WEB-DON F | $474.36 | $26.35 | Straightline | 3/28/2023 | 36 | 3 |
| CASTERS FOR RACKS | $394.68 | $21.93 | Straightline | 3/28/2023 | 17 | 3 |
| 36 CARRIAGE BOLTS/MONARCH GROU | $29.07 | $1.62 | Straightline | 3/28/2023 | 36 | 3 |
| 36 CARRIAGE SCREW/MONARCH GROU | $52.32 | $2.91 | Straightline | 3/28/2023 | 36 | 3 |
| 17,36,04,45 ACORN NUTS/SOUTHEA | $88.90 | $4.94 | Straightline | 3/28/2023 | 17/4/36/45 | 3 |
| COOLER GASKET #4/IMPERIALBROWN | $216.77 | $12.04 | Straightline | 3/28/2023 | 4 | 3 |
| BACK F/O PLUMBING PARTS | $313.55 | $17.42 | Straightline | 3/28/2023 | 4 | 3 |
| MONARCH GROUP/COOLER DOORS | $11.45 | $0.64 | Straightline | 3/28/2023 | 36 | 3 |
| HOSE, Hanes Mill | $203.30 | $11.29 | Straightline | 3/28/2023 | 36 | 3 |
| GAS HOSE, Holden Road | $593.85 | $32.99 | Straightline | 3/28/2023 | 30 | 3 |
| Cooler Repairs, Hanes Mill | $13.65 | $0.76 | Straightline | 3/28/2023 | 36 | 3 |
| Cooler Repairs, Healy | $13.64 | $0.76 | Straightline | 3/28/2023 | 17 | 3 |
| Cooler Repairs, Holden | $13.64 | $0.76 | Straightline | 3/28/2023 | 17 | 3 |
| Cooler Repairs, Signature | $13.64 | $0.76 | Straightline | 3/28/2023 | 17 | 3 |
| PLUMBING PARTS | $21.34 | $1.19 | Straightline | 3/28/2023 | 4 | 3 |
| Pipeline Inspection | $4,264.26 | $1,847.85 | Straightline | 3/28/2023 | 49 | 5 |
| Aquisition Cost Reclass | $7,628.78 | $3,305.80 | Straightline | 3/28/2023 | 0 | 5 |
| 793500, Cannon #17 | $445.92 | $24.77 | Straightline | 3/28/2023 | 17 | 3 |
| 768800, Cannon #17 | $83.64 | $4.65 | Straightline | 3/28/2023 | 17 | 3 |
| 796400, Cannon #17 | $445.92 | $24.77 | Straightline | 3/28/2023 | 17 | 3 |
| HVAC repair | $2,145.26 | $178.77 | Straightline | 4/4/2023 | 45 | 3 |
| TOSTER FOR SIGNATURE | $1,705.85 | $142.15 | Straightline | 4/5/2023 | 4 | 3 |
| FRYERS FOR CONCORD | $2,886.86 | $240.57 | Straightline | 4/5/2023 | 10 | 3 |
| OVEN FOR HEALY | $11,790.33 | $982.53 | Straightline | 4/5/2023 | 17 | 3 |
| MOBILE STAND | $887.75 | $73.98 | Straightline | 4/5/2023 | 17 | 3 |
| PLUMBING PARTS FOR #04 | $39.40 | $3.28 | Straightline | 4/11/2023 | 4 | 3 |
| PLUMBING PARTS FOR #17 | $1,883.02 | $156.92 | Straightline | 4/11/2023 | 17 | 3 |
| PLUMBING PARTS FOR #36 | $1,647.65 | $137.30 | Straightline | 4/11/2023 | 36 | 3 |
| Trans permit plumbing | $18.01 | $1.50 | Straightline | 4/11/2023 | 4 | 3 |
| hand sink, walkin cooler | $10,350.00 | $4,657.50 | Straightline | 4/11/2023 | 13 | 5 |
| LOWES CURB REPAIR FOR HOLDEN | $150.11 | $12.51 | Straightline | 4/21/2023 | 30 | 3 |

Inrek Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| DOOR GASKETS | $143.58 | $11.97 | Straightline | 4/21/2023 | 17 | 3 |
| TOUCH UP FOR TRANS LIST | $78.13 | $6.51 | Straightline | 4/21/2023 | 36 | 3 |
| FRANKLIN COOLER REPAIR FOR #4 | $19.08 | $1.59 | Straightline | 4/21/2023 | 4 | 3 |
| EASTERN PLUMBING/HOLDEN | $42.80 | $3.57 | Straightline | 4/21/2023 | 30 | 3 |
| Plumbing Healy#17 | $633.10 | $52.76 | Straightline | 4/21/2023 | 17 | 3 |
| Plumbing Hanes#36 | $415.36 | $34.61 | Straightline | 4/21/2023 | 36 | 3 |
| Plumbing Holden#30 | $618.98 | $51.58 | Straightline | 4/21/2023 | 30 | 3 |
| Plumbing signature#04 | $222.10 | $18.51 | Straightline | 4/21/2023 | 4 | 3 |
| HEALY/SOUTEASTERN | $38.52 | $3.21 | Straightline | 4/21/2023 | 17 | 3 |
| HANES/SOUTHEASTERN | $38.52 | $3.21 | Straightline | 4/21/2023 | 17 | 3 |
| CASTERS TRNS PERMIT/#17 | $1,627.79 | $135.65 | Straightline | 4/21/2023 | 7 | 3 |
| HOME DEPT PLUMBING/#30 | $57.12 | $4.76 | Straightline | 4/21/2023 | 30 | 3 |
| PARTS FOR COOLER REPAIR/#4 | $25.69 | $2.14 | Straightline | 4/21/2023 | 4 | 3 |
| Cross - Tread Mercury | $1,498.72 | $124.89 | Straightline | 4/21/2023 | 4 | 3 |
| Refrigeration Gasket | $786.45 | $65.54 | Straightline | 4/21/2023 | 4 | 3 |
| TEA BREWING | $174.82 | $14.57 | Straightline | 4/21/2023 | 4 | 3 |
| HEATER, GASKET | $695.08 | $57.92 | Straightline | 4/24/2023 | 49 | 3 |
| blower motor HVAC repair | $1,769.50 | $147.46 | Straightline | 4/24/2023 | 7 | 3 |
| UNITED REFR/COOLER REPAIR | $167.11 | $13.93 | Straightline | 4/24/2023 | 36 | 3 |
| PARTS TOWN/WARMER GASKET | $694.00 | $57.83 | Straightline | 4/24/2023 | 13 | 3 |
| A&R AUTO CARE 032223, Corporat | $5,743.28 | $478.61 | Straightline | 4/25/2023 | 49 | 3 |
| PUMP MOTOR ASSY | $1,174.57 | $97.88 | Straightline | 4/25/2023 | 17 | 3 |
| Vacuum breaker, Valve ball, | $779.46 | $64.96 | Straightline | 4/25/2023 | 49 | 3 |
| Epoxy Coated shelf, #30 | $207.52 | $17.29 | Straightline | 4/25/2023 | 30 | 3 |
| DLI Cooler, Hanes | $325.00 | $27.08 | Straightline | 4/25/2023 | 36 | 3 |
| DLI Cooler, Healy | $50.00 | $4.17 | Straightline | 4/25/2023 | 17 | 3 |
| Fryer Baskets, Healy | $291.58 | $24.30 | Straightline | 4/25/2023 | 17 | 3 |
| 4910, Gasket, #04 | $185.46 | $15.46 | Straightline | 4/25/2023 | 4 | 3 |
| Breakfast Start up #04 | $533.59 | $44.47 | Straightline | 4/25/2023 | 4 | 3 |
| Seals/Holden | $594.56 | $49.55 | Straightline | 4/25/2023 | 30 | 3 |
| PLUMBING PARTS | $63.42 | $7.05 | Straightline | 5/3/2023 | 36 | 3 |
| CASTERS FOR EGG GRILL | $241.26 | $26.81 | Straightline | 5/3/2023 | 17 | 3 |
| PLUMBING MATERIALS | $17.01 | $1.89 | Straightline | 5/3/2023 | 10 | 3 |
| REPAIR MATERIALS FOR#04 | $186.99 | $20.78 | Straightline | 5/3/2023 | 4 | 3 |

In re K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| BOLTS FOR CATERS | $119.92 | $13.32 | Straightline | 5/3/2023 | 4 | 3 |
| COVE ADHESIVE | $27.41 | $3.05 | Straightline | 5/3/2023 | 30 | 3 |
| Cooler repair #30 | $136.41 | $15.16 | Straightline | 5/3/2023 | 30 | 3 |
| Refrigeration Gaskets | $1,255.79 | $139.53 | Straightline | 5/5/2023 | 13 | 3 |
| Doors per specifications | $8,217.62 | $3,834.89 | Straightline | 5/5/2023 | 36 | 5 |
| ROCKY MT | $29.84 | $3.32 | Straightline | 5/10/2023 | 7 | 3 |
| HANES MILLS | $29.84 | $3.32 | Straightline | 5/10/2023 | 7 | 3 |
| CONCORD | $29.84 | $3.32 | Straightline | 5/10/2023 | 7 | 3 |
| fan motor repair | $2,498.54 | $277.62 | Straightline | 5/12/2023 | 14 | 3 |
| Ice machine service call | $2,238.65 | $248.74 | Straightline | 5/12/2023 | 14 | 3 |
| Ice bins for acquisition costs | $4,441.84 | $493.54 | Straightline | 5/12/2023 | 36 | 3 |
| PUMP MOTOR ASSY | $1,029.66 | $114.41 | Straightline | 5/16/2023 | 17 | 3 |
| STEAM SAFETY VALVE | $719.50 | $79.94 | Straightline | 5/17/2023 | 4 | 3 |
| MONARCH CASTER HARDWARE | $9.24 | $1.03 | Straightline | 5/21/2023 | 4 | 3 |
| MONARCH CASTER HARDWARE | $19.21 | $2.13 | Straightline | 5/21/2023 | 4 | 3 |
| Hanes THIN SET | $211.09 | $23.45 | Straightline | 5/21/2023 | 36 | 3 |
| ROCK MY THIN SET | $211.08 | $23.45 | Straightline | 5/21/2023 | 7 | 3 |
| THERMO COOLER FOR #4/FMP | $146.73 | $16.30 | Straightline | 5/22/2023 | 4 | 3 |
| PUMP MOTOR | $1,029.66 | $114.41 | Straightline | 5/23/2023 | 10 | 3 |
| Cool door is sticking/hinge | $1,358.91 | $150.99 | Straightline | 5/23/2023 | 45 | 3 |
| L&W 1006070607-001 - Rocky Mou | $114.17 | $12.69 | Straightline | 5/23/2023 | 7 | 3 |
| #36, FISHELSTEEL031323 | $925.55 | $102.84 | Straightline | 5/23/2023 | 36 | 3 |
| #17 CPO 042623 | $241.83 | $26.87 | Straightline | 5/23/2023 | 17 | 3 |
| DISH MACHINE FOR SIGNATURE | $12.46 | $1.38 | Straightline | 5/23/2023 | 4 | 3 |
| CASTERS FOR BURLINGTON | $176.05 | $19.56 | Straightline | 5/23/2023 | 45 | 3 |
| 4244002, STRATEGIC EQUIPMENT#3 | $1,212.43 | $134.71 | Straightline | 5/23/2023 | 36 | 3 |
| 4244000, STRATEGIC EQUIPMENT#1 | $1,771.37 | $196.82 | Straightline | 5/23/2023 | 17 | 3 |
| 4247265, STRATEGIC EQUIPMENT#3 | $3,433.03 | $381.45 | Straightline | 5/23/2023 | 30 | 3 |
| 4244004, STRATEGIC EQUIPMENT#0 | $4,491.98 | $499.11 | Straightline | 5/23/2023 | 4 | 3 |
| 4244006, STRATEGIC EQUIPMENT#3 | $4,502.50 | $500.28 | Straightline | 5/23/2023 | 36 | 3 |
| ICE MAKER CUBE, CANNON MAR | $15,500.10 | $9,779.82 | Straightline | 6/2/2023 | 10 | 7 |
| ICE MACHINE BIN | $8,883.68 | $1,233.84 | Straightline | 6/2/2023 | 17 | 3 |
| Installed Screw- In Half Door | $987.43 | $137.14 | Straightline | 6/6/2023 | 36 | 3 |
| FREEZER FOR CONCORD | $8,424.00 | $5,315.14 | Straightline | 6/6/2023 | 14 | 7 |

In re K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Install new pump and gaskets | $6,368.64 | $884.53 | Straightline | 6/7/2023 | 20 | 3 |
| Wall Repair - Bane Marie | $5,925.00 | $4,904.58 | Straightline | 6/9/2023 | 30 | 15 |
| BOOTHS FOR HOLDEN | $1,798.52 | $1,488.78 | Straightline | 6/9/2023 | 30 | 15 |
| #30 acquisition cost | $35,167.38 | $16,997.57 | Straightline | 6/15/2023 | 30 | 5 |
| #04 acquisition cost | $23,727.75 | $11,468.41 | Straightline | 6/15/2023 | 4 | 5 |
| Void Open Trx | $6.20 | $0.86 | Straightline | 6/19/2023 | 14 | 3 |
| Install new remote ice machine | $6,219.12 | $3,923.97 | Straightline | 6/21/2023 | 17 | 7 |
| Breakfast electrical #4 - Sign | $36.91 | $5.13 | Straightline | 6/27/2023 | 4 | 3 |
| Breakfast electrical #4 - Sign | $57.84 | $8.03 | Straightline | 6/27/2023 | 4 | 3 |
| BREAKFAST | $1,535.45 | $213.26 | Straightline | 6/27/2023 | 4 | 3 |
| WEBSTAURANT#49. | $1,235.52 | $171.60 | Straightline | 6/27/2023 | 10 | 3 |
| THERMOSTAT | $425.04 | $59.03 | Straightline | 6/27/2023 | 13 | 3 |
| Dishwasher | $2,766.03 | $461.01 | Straightline | 7/5/2023 | 49 | 3 |
| floor repairs | $856.00 | $142.67 | Straightline | 7/12/2023 | 10 | 3 |
| BACKFLOW PREVENTOR | $2,112.58 | $1,760.48 | Straightline | 7/12/2023 | 10 | 15 |
| ICE MAKER CUBE, CANNON MAR | $15,549.66 | $9,996.21 | Straightline | 7/19/2023 | 36 | 7 |
| #36 and 17 acquisition costs | $28,500.45 | $14,250.23 | Straightline | 7/21/2023 | 36/17 | 5 |
| TEMPRATURE PROB | $117.31 | $19.55 | Straightline | 7/22/2023 | 4 | 3 |
| PUMP MOTOR ASSY | $1,081.14 | $180.19 | Straightline | 7/25/2023 | 20 | 3 |
| Repair hood system | $1,499.42 | $249.90 | Straightline | 7/25/2023 | 36 | 3 |
| SUNBELT070723 Store 30 | $67.52 | $11.25 | Straightline | 7/25/2023 | 30 | 3 |
| Gasket Guy 4967 Hanes Mill | $315.65 | $52.61 | Straightline | 7/25/2023 | 36 | 3 |
| EXPENSE071123, ANDREW PERSIANI | $684.80 | $114.13 | Straightline | 7/25/2023 | 14 | 3 |
| 1424413, Michael and Son Servi | $2,997.34 | $2,497.78 | Straightline | 7/25/2023 | 10 | 15 |
| MAGLLAN71123, K&W Corporate Ca | $770.40 | $642.00 | Straightline | 7/25/2023 | 14 | 15 |
| Boiler Parts | $890.23 | $173.10 | Straightline | 8/1/2023 | 20 | 3 |
| Replaced swing nozzle | $2,113.25 | $410.91 | Straightline | 8/2/2023 | 4 | 3 |
| Freezer door replacement etc | $2,668.75 | $1,747.40 | Straightline | 8/2/2023 | 17 | 7 |
| Regulators and Gascok leakage | $4,361.32 | $848.03 | Straightline | 8/4/2023 | 4 | 3 |
| Haffman steam trap | $1,868.13 | $363.25 | Straightline | 8/4/2023 | 45 | 3 |
| Flaker Ice machine | $7,756.45 | $5,078.63 | Straightline | 8/8/2023 | 45 | 7 |
| NEW OVEN | $118.14 | $22.97 | Straightline | 8/9/2023 | 36 | 3 |
| camera service | $1,026.68 | $861.27 | Straightline | 8/15/2023 | 13 | 15 |
| REFRIGERATOR DOOR | $3,863.28 | $2,529.53 | Straightline | 8/15/2023 | 17 | 7 |

13 of 23

Inrek Holdings Group LLC
Case No. 25-44755-mxm7
Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| sink not working properly | $1,292.60 | $1,084.34 | Straightline | 8/16/2023 | 14 | **15** |
| PUMP MOTOR ASSY | $1,081.14 | $210.22 | Straightline | 8/17/2023 | 7 | 3 |
| METAL KD FRAMES AND DOORS | $2,049.60 | $398.53 | Straightline | 8/17/2023 | 20 | 3 |
| FRYERS FOR HEALY | $2,779.86 | $1,820.14 | Straightline | 8/18/2023 | 45 | 7 |
| CASH DRAWER | $241.72 | $47.00 | Straightline | 8/20/2023 | 17 | 3 |
| CASH DRAWER | $181.71 | $35.33 | Straightline | 8/20/2023 | 36 | 3 |
| CASH DRAWER | $181.71 | $35.33 | Straightline | 8/20/2023 | 20 | 3 |
| CASH DRAWER | $181.71 | $35.33 | Straightline | 8/20/2023 | 14 | 3 |
| CASH DRAWER | $189.39 | $36.83 | Straightline | 8/20/2023 | 7 | 3 |
| CASH DRAWER | $181.29 | $35.25 | Straightline | 8/20/2023 | 45 | 3 |
| CSH DRAWER | $181.29 | $35.25 | Straightline | 8/20/2023 | 30 | 3 |
| CASH DRAWER | $181.29 | $35.25 | Straightline | 8/20/2023 | 49 | 3 |
| CASH DRAWER | $182.13 | $35.41 | Straightline | 8/20/2023 | 13 | 3 |
| CASH DRAWER | $181.71 | $35.33 | Straightline | 8/20/2023 | 36 | 3 |
| EMERGENCY LIGHTS | $388.21 | $75.49 | Straightline | 8/20/2023 | 36 | 3 |
| Cleveland Natural Gas 36 | $20,964.31 | $13,726.63 | Straightline | 8/21/2023 | 17 | 7 |
| CASH DRAWER | $71.41 | $13.89 | Straightline | 8/21/2023 | 4 | 3 |
| Cintas 033Q002996 | $1,119.53 | $217.69 | Straightline | 8/22/2023 | 45 | 3 |
| Metal KD Frames and Doors | $2,049.60 | $398.53 | Straightline | 8/22/2023 | 17 | 3 |
| Teleware E-291322 | $667.82 | $129.85 | Straightline | 8/22/2023 | 7 | 3 |
| Teleware E-291324 | $667.82 | $129.85 | Straightline | 8/22/2023 | 7 | 3 |
| Teleware E-291328 | $669.39 | $130.16 | Straightline | 8/22/2023 | 13 | 3 |
| Teleware E-291326 | $385.52 | $74.96 | Straightline | 8/22/2023 | 14 | 3 |
| Teleware E-291327 | $653.73 | $127.11 | Straightline | 8/22/2023 | 17 | 3 |
| Teleware E-291325 | $669.39 | $130.16 | Straightline | 8/22/2023 | 13 | 3 |
| Teleware E-291323 | $669.39 | $130.16 | Straightline | 8/22/2023 | 13 | 3 |
| Teleware E-291329 | $384.62 | $74.79 | Straightline | 8/22/2023 | 49 | 3 |
| Teleware E-291321 | $670.95 | $130.46 | Straightline | 8/22/2023 | 10 | 3 |
| EQUIPMANT | $104.84 | $23.30 | Straightline | 9/1/2023 | 13 | 3 |
| 50% Deposit | $16,000.00 | $8,533.33 | Straightline | 9/12/2023 | 7 | 5 |
| Cross - Tread Mercury | $4,003.23 | $3,380.51 | Straightline | 9/14/2023 | 14 | **15** |
| Refrigeration Gaskets | $1,926.83 | $428.18 | Straightline | 9/19/2023 | 4 | 3 |
| ICE MAKER CUBE | $306.37 | $204.25 | Straightline | 9/20/2023 | 45 | 7 |
| NOLANDCOMPANY072123 - Regulato | $767.07 | $170.46 | Straightline | 9/26/2023 | 4 | 3 |

Inrec K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| A&RAUTO090123 Converter | $814.00 | $180.89 | Straightline | 9/26/2023 | 10 | 3 |
| no hot water | $4,832.12 | $1,073.80 | Straightline | 9/26/2023 | 49 | 3 |
| FISHSTEEL081723- Store 17 | $176.55 | $39.23 | Straightline | 9/26/2023 | 17 | 3 |
| SUNBELT080423 - Store 17 | $109.51 | $24.34 | Straightline | 9/26/2023 | 17 | 3 |
| FISHSTEEL081723 Hanes Mill | $176.55 | $39.23 | Straightline | 9/26/2023 | 36 | 3 |
| EXPENSE081623-14 | $983.09 | $830.16 | Straightline | 9/26/2023 | 14 | 15 |
| Cross - Tread Mercury | $2,129.96 | $1,798.64 | Straightline | 9/26/2023 | 20 | 15 |
| CASH DRAWER | $192.45 | $42.77 | Straightline | 9/26/2023 | 7 | 3 |
| Found 2 burnt wires | $1,790.28 | $447.57 | Straightline | 10/12/2023 | 4 | 3 |
| Purchases | $2,765.93 | $691.48 | Straightline | 10/23/2023 | 17 | 3 |
| 1298, GASKET GUY OF THE FOOTHI | $2,668.75 | $667.19 | Straightline | 10/24/2023 | 10 | 3 |
| 4280891, Trimark #04 | $1,458.91 | $364.73 | Straightline | 10/24/2023 | 4 | 3 |
| Repaired the trap | $2,621.50 | $2,228.28 | Straightline | 10/24/2023 | 14 | 15 |
| GOOS NECK SPRAYER | $674.11 | $572.99 | Straightline | 10/24/2023 | 45 | 15 |
| CASH DRAWER | $75.45 | $18.86 | Straightline | 10/24/2023 | 20 | 3 |
| CASH DRAWER | $75.63 | $18.91 | Straightline | 10/24/2023 | 45 | 3 |
| CASH DRAWER | $75.45 | $18.86 | Straightline | 10/24/2023 | 30 | 3 |
| CASH DRAWER | $75.45 | $18.86 | Straightline | 10/24/2023 | 49 | 3 |
| CASH DRAWER | $75.80 | $18.95 | Straightline | 10/24/2023 | 49 | 3 |
| deposit for Burlington | $1,102.25 | $306.18 | Straightline | 11/6/2023 | 45 | 3 |
| Replace Lines and Solenoid | $1,845.75 | $512.71 | Straightline | 11/7/2023 | 20 | 3 |
| Boiler not Lighting | $4,343.77 | $3,716.34 | Straightline | 11/7/2023 | 4 | 15 |
| Ice machine | $7,855.04 | $5,423.72 | Straightline | 11/7/2023 | 49 | 7 |
| PUMP MOTOR ASSY 2HP | $1,233.30 | $342.58 | Straightline | 11/14/2023 | 14 | 3 |
| PRE- ENG REPAIR | $1,890.05 | $525.01 | Straightline | 11/14/2023 | 13 | 3 |
| EQUIP REOAIR DISH MACHINE | $723.25 | $200.90 | Straightline | 11/14/2023 | 20 | 3 |
| CATERING CAR ENGIN REPAIR | $2,733.62 | $759.34 | Straightline | 11/21/2023 | 14 | 3 |
| Payables Trx Entry | $970.84 | $269.68 | Straightline | 11/21/2023 | 13 | 3 |
| Re Light Signage | $642.00 | $178.33 | Straightline | 12/5/2023 | 45 | 3 |
| replacement dump valve | $1,057.20 | $323.03 | Straightline | 12/6/2023 | 13 | 3 |
| VALVE PRESS REDUCING | $1,416.30 | $432.76 | Straightline | 12/12/2023 | 30 | 3 |
| Ice machine is not working | $2,272.74 | $694.45 | Straightline | 12/12/2023 | 49 | 3 |
| Replaced bad breaker | $2,335.84 | $2,011.41 | Straightline | 12/12/2023 | 14 | 15 |
| HVAC Repair | $14,564.25 | $8,495.81 | Straightline | 12/12/2023 | 7 | 5 |

In re K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Remove existing RT A/C Unit | $15,083.00 | $12,988.14 | Straightline | 12/13/2023 | 30 | **15** |
| Boiler and cleaning service | $1,652.14 | $504.82 | Straightline | 12/14/2023 | 10 | 3 |
| Boiler was off with no lights | $5,870.02 | $1,793.62 | Straightline | 12/26/2023 | 14 | 3 |
| Dishwashernot reaching temp | $3,501.54 | $2,100.92 | Straightline | 1/5/2024 | 20 | 5 |
| Service call - no hot water | $8,119.16 | $4,871.50 | Straightline | 1/9/2024 | 7 | 5 |
| Boiler rebuild | $28,794.77 | $17,276.86 | Straightline | 1/16/2024 | 14 | 5 |
| Immersion element | $1,172.15 | $722.83 | Straightline | 1/23/2024 | 7 | 5 |
| Change out fire tube in boiler | $8,372.75 | $5,163.20 | Straightline | 1/23/2024 | 14 | 5 |
| Per Bobby for #14 | $1,953.53 | $1,204.68 | Straightline | 2/1/2024 | 14 | 5 |
| boilers not working properly | $1,352.48 | $834.03 | Straightline | 2/1/2024 | 14 | 5 |
| NEEDS PROGRAMMING | $2,134.70 | $1,316.40 | Straightline | 2/5/2024 | 45 | 5 |
| pre - assembled evaporator | $5,476.48 | $3,377.16 | Straightline | 2/7/2024 | 36 | 5 |
| VALVE , 1 / 2 IN HW | $589.03 | $363.24 | Straightline | 2/8/2024 | 36 | 5 |
| installation of walk in cooler | $6,411.17 | $3,953.55 | Straightline | 2/8/2024 | 17 | 5 |
| Boiler Rebuild | $13,923.91 | $8,586.41 | Straightline | 2/20/2024 | 30 | 5 |
| Drained tank | $3,970.24 | $2,448.31 | Straightline | 2/20/2024 | 14 | 5 |
| HOSE/GROM pkg/CART | $4,134.33 | $2,618.41 | Straightline | 2/28/2024 | 17 | 5 |
| condensate pump down | $6,527.00 | $4,133.77 | Straightline | 3/1/2024 | 49 | 5 |
| Fan motors, compressor problem | $4,540.20 | $2,875.46 | Straightline | 3/1/2024 | 17 | 5 |
| PUMP MOTOR ASSY | $1,259.78 | $797.86 | Straightline | 3/1/2024 | 10 | 5 |
| HVAC Repair | $1,040.81 | $659.18 | Straightline | 3/20/2024 | 7 | 5 |
| dish machine leak | $2,185.55 | $1,420.61 | Straightline | 3/26/2024 | 45 | 5 |
| TReplaced the trip lever | $2,257.27 | $1,467.23 | Straightline | 3/26/2024 | 20 | 5 |
| convection oven not working . | $1,426.20 | $927.03 | Straightline | 4/1/2024 | 36 | 5 |
| MCDONNELL - MILLER | $557.24 | $362.21 | Straightline | 4/3/2024 | 45 | 5 |
| steam kettle leaking issue | $1,876.51 | $1,219.73 | Straightline | 4/3/2024 | 4 | 5 |
| Repair steam leak | $3,276.34 | $2,129.62 | Straightline | 4/3/2024 | 36 | 5 |
| Ball Brass, McD Miller | $2,804.74 | $1,823.08 | Straightline | 4/4/2024 | 14 | 5 |
| Taco SS Circulator | $987.44 | $641.84 | Straightline | 4/5/2024 | 49 | 5 |
| Replace gear motor and fuse | $711.55 | $462.51 | Straightline | 4/15/2024 | 13 | 5 |
| issue of 3 decker oven | $2,315.52 | $1,543.68 | Straightline | 4/22/2024 | 14 | 5 |
| GEARMOTOR | $1,299.00 | $866.00 | Straightline | 4/22/2024 | 45 | 5 |
| Dish machine issue | $1,718.64 | $1,145.76 | Straightline | 5/1/2024 | 45 | 5 |
| Gas fired burner | $3,167.20 | $2,111.47 | Straightline | 5/3/2024 | 49 | 5 |

Inreek Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Dish machine is leaking | $3,187.18 | $2,124.79 | Straightline | 5/8/2024 | 36 | 5 |
| boiler issues | $1,597.51 | $1,065.01 | Straightline | 5/14/2024 | 45 | 5 |
| boiler was low | $5,093.74 | $3,395.83 | Straightline | 5/15/2024 | 7 | 5 |
| boiler failure | $2,310.13 | $1,540.09 | Straightline | 5/15/2024 | 30 | 5 |
| TRANSFORMER | $556.40 | $370.93 | Straightline | 5/16/2024 | 4 | 5 |
| Payables Trx Entry | $199.93 | $136.62 | Straightline | 6/3/2024 | 4 | 5 |
| COPELAWELD COMP | $1,513.18 | $1,034.01 | Straightline | 6/4/2024 | 13 | 5 |
| Gasket | $4,091.44 | $2,795.82 | Straightline | 6/4/2024 | 49 | 5 |
| MCDONNELL MILLER | $1,410.17 | $963.62 | Straightline | 6/6/2024 | 4 | 5 |
| PUMP MOTOR ASSY | $1,194.29 | $816.10 | Straightline | 6/6/2024 | 36 | 5 |
| boiler down | $1,770.85 | $1,210.08 | Straightline | 6/6/2024 | 30 | 5 |
| valve replacements | $4,050.82 | $2,768.06 | Straightline | 6/10/2024 | 4 | 5 |
| Payables Trx Entry | $555.68 | $379.71 | Straightline | 6/14/2024 | 10 | 5 |
| CAPEX Reclass P6 | $1,348.20 | $943.74 | Straightline | 6/25/2024 | 20 | 5 |
| GEARMOTOR | $1,676.16 | $1,173.31 | Straightline | 6/26/2024 | 20 | 5 |
| GASKET FLOW | $678.83 | $475.18 | Straightline | 6/26/2024 | 49 | 5 |
| ice machine not producing | $1,749.80 | $1,224.86 | Straightline | 7/1/2024 | 45 | 5 |
| pump motor assy | $1,081.14 | $756.80 | Straightline | 7/8/2024 | 20 | 5 |
| PUMP MOTOR ASSY | $1,081.14 | $756.80 | Straightline | 7/8/2024 | 7 | 5 |
| Payables Trx Entry | $2,374.12 | $1,661.88 | Straightline | 7/8/2024 | 10 | 5 |
| Head testing repair | $5,482.68 | $3,837.88 | Straightline | 7/8/2024 | 45 | 5 |
| Payables Trx Entry | $1,222.18 | $855.53 | Straightline | 7/16/2024 | 49 | 5 |
| ELEMENTS | $2,049.12 | $1,434.38 | Straightline | 7/16/2024 | 36 | 5 |
| Thermostat/TFT Screen | $2,570.11 | $1,841.91 | Straightline | 7/22/2024 | 14 | 5 |
| PUMP MOTOR | $1,233.30 | $883.87 | Straightline | 7/22/2024 | 10 | 5 |
| PL Review P7 | $625.95 | $448.60 | Straightline | 7/23/2024 | 13 | 5 |
| PL Review P7 | $1,733.40 | $1,242.27 | Straightline | 7/23/2024 | 14 | 5 |
| THERMISTOR | $1,179.98 | $845.65 | Straightline | 7/29/2024 | 14 | 5 |
| Convection Steamer | $9,499.68 | $6,808.10 | Straightline | 7/29/2024 | 7 | 5 |
| Meat Cooler (50% payment) | $7,568.52 | $5,424.11 | Straightline | 7/29/2024 | 30 | 5 |
| Drawer warmer | $1,545.08 | $1,107.31 | Straightline | 7/29/2024 | 4 | 5 |
| Ovens and caster set | $2,526.15 | $1,810.41 | Straightline | 7/29/2024 | 14 | 5 |
| Sink & Cook Area | $1,280.07 | $917.38 | Straightline | 7/29/2024 | 49 | 5 |
| VALVE STEAM | $1,483.23 | $1,062.98 | Straightline | 7/29/2024 | 7 | 5 |

In re: K Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| programming | $985.48 | $706.26 | Straightline | 8/2/2024 | 7 | 5 |
| Weinman Pump | $4,846.45 | $3,473.29 | Straightline | 8/8/2024 | 4 | 5 |
| Dish washer repair | $5,562.10 | $3,986.17 | Straightline | 8/8/2024 | 13 | 5 |
| pump motor | $1,113.59 | $798.07 | Straightline | 8/13/2024 | 30 | 5 |
| Moyer Diebel 337657 | $1,346.02 | $964.65 | Straightline | 8/14/2024 | 30 | 5 |
| New Steam Valve and Flange | $5,861.46 | $4,200.71 | Straightline | 8/15/2024 | 4 | 5 |
| Convection Ovens | $9,502.40 | $6,810.05 | Straightline | 8/16/2024 | 10 | 5 |
| Pump motor installation | $577.80 | $423.72 | Straightline | 8/20/2024 | 30 | 5 |
| Dish machine repair | $625.95 | $459.03 | Straightline | 8/29/2024 | 10 | 5 |
| Washer Parts | $963.92 | $706.87 | Straightline | 8/29/2024 | 10 | 5 |
| Curtain | $651.42 | $477.71 | Straightline | 8/29/2024 | 4 | 5 |
| PUMP MOTOR ASSY | $1,456.55 | $1,068.14 | Straightline | 9/3/2024 | 10 | 5 |
| Heat holding cabinet | $2,953.20 | $2,214.90 | Straightline | 9/24/2024 | 13 | 5 |
| Boiler Pump & Fitting | $3,205.70 | $2,404.28 | Straightline | 9/24/2024 | 49 | 5 |
| CAPEX Reclass P9 | $500.21 | $375.16 | Straightline | 9/24/2024 | 13 | 5 |
| CAPEX Reclass Steamer | $757.25 | $567.94 | Straightline | 9/24/2024 | 7 | 5 |
| LED conversion | $2,006.25 | $1,504.69 | Straightline | 9/25/2024 | 49 | 5 |
| Blower assembly | $917.26 | $687.95 | Straightline | 9/25/2024 | 13 | 5 |
| AC Flow Switch Replacement | $4,059.28 | $3,044.46 | Straightline | 9/25/2024 | 4 | 5 |
| Electric valve | $777.37 | $583.03 | Straightline | 9/26/2024 | 10 | 5 |
| Dish Machine Installation | $506.50 | $379.88 | Straightline | 9/26/2024 | 45 | 5 |
| Evaporator Installation | $3,950.00 | $2,962.50 | Straightline | 10/1/2024 | 36 | 5 |
| W/I cooler repair | $754.10 | $565.58 | Straightline | 10/1/2024 | 45 | 5 |
| Compressor replaced | $9,832.71 | $7,374.53 | Straightline | 10/1/2024 | 30 | 5 |
| programming | $876.80 | $657.60 | Straightline | 10/2/2024 | 36 | 5 |
| programming | $985.48 | $739.11 | Straightline | 10/3/2024 | 36 | 5 |
| Boiler Check Valve | $2,231.07 | $1,673.30 | Straightline | 10/3/2024 | 13 | 5 |
| 4HP Motor | $4,822.97 | $3,617.23 | Straightline | 10/3/2024 | 4 | 5 |
| Boiler Valve Replacement | $3,149.13 | $2,361.85 | Straightline | 10/3/2024 | 13 | 5 |
| Ice Machine Parts Installation | $1,059.30 | $794.48 | Straightline | 10/8/2024 | 13 | 5 |
| Pump Replacement | $1,977.01 | $1,482.76 | Straightline | 10/9/2024 | 49 | 5 |
| Valves Replacement | $3,528.18 | $2,646.14 | Straightline | 10/9/2024 | 4 | 5 |
| Compressor Install | $1,013.00 | $759.75 | Straightline | 10/17/2024 | 13 | 5 |
| programming | -$876.80 | -$672.21 | Straightline | 10/21/2024 | 36 | 5 |

Inrek Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| New Pump Installation | $722.25 | $553.73 | Straightline | 10/28/2024 | 17 | 5 |
| HEAD MECHANISM | $1,211.61 | $928.90 | Straightline | 10/29/2024 | 4 | 5 |
| FLUID POWER ACTUATOR | $2,361.84 | $1,810.74 | Straightline | 10/29/2024 | 17 | 5 |
| Pump Motor Assy | $1,270.30 | $973.90 | Straightline | 11/6/2024 | 14 | 5 |
| warmer box repair | $1,155.66 | $886.01 | Straightline | 11/7/2024 | 13 | 5 |
| pumps fittings | $5,256.38 | $4,029.89 | Straightline | 11/7/2024 | 13 | 5 |
| Pump Replacement Labor | $3,735.91 | $2,864.20 | Straightline | 11/7/2024 | 13 | 5 |
| Pump Fitting | $674.10 | $516.81 | Straightline | 11/11/2024 | 49 | 5 |
| WeinmanPump Kit | $2,411.48 | $1,888.99 | Straightline | 11/19/2024 | 4 | 5 |
| MAGNETIC CONTACTOR | $1,038.38 | $813.40 | Straightline | 11/19/2024 | 20 | 5 |
| CONBRACO PRV VALVE | $778.38 | $609.73 | Straightline | 11/19/2024 | 36 | 5 |
| Hanes Mill Exception P11 | $337.05 | $264.02 | Straightline | 11/19/2024 | 36 | 5 |
| Thermal devices | $4,477.83 | $3,507.63 | Straightline | 11/25/2024 | 36 | 5 |
| PUMP MOTOR ASSY | $1,113.59 | $872.31 | Straightline | 11/27/2024 | 49 | 5 |
| Exhaust Fan | $1,423.28 | $1,114.90 | Straightline | 12/12/2024 | 7 | 5 |
| New Pumps | $4,693.02 | $3,676.20 | Straightline | 12/12/2024 | 49 | 5 |
| VALVE STEM ASSEMBLY | $2,127.52 | $1,702.02 | Straightline | 12/23/2024 | 14 | 5 |
| 36kw Heat Pack | $1,979.06 | $1,583.25 | Straightline | 12/24/2024 | 14 | 5 |
| Sump Heaters repair | $1,250.00 | $1,000.00 | Straightline | 12/24/2024 | 14 | 5 |
| Blower Motor | $1,517.77 | $1,214.22 | Straightline | 12/24/2024 | 7 | 5 |
| Auto | -$55,881.00 | -$33,528.60 | Straightline | 12/26/2023 | 0 | 5 |
| Payables Trx Entry | $11,269.60 | $7,513.07 | Straightline | 5/14/2024 | 0 | 5 |
| PRE- ENG REPAIR | $7,122.45 | $6,172.79 | Straightline | 1/9/2024 | 30 | 15 |
| FLOOR REPAIR | $642.00 | $559.97 | Straightline | 1/23/2024 | 14 | 15 |
| Painting on the ceiling | $4,250.75 | $3,707.60 | Straightline | 1/23/2024 | 49 | 15 |
| Cross - Tread Mercury | $1,001.81 | $873.80 | Straightline | 1/29/2024 | 7 | 15 |
| Healy DR PL Review P2 | $730.00 | $636.72 | Straightline | 2/20/2024 | 17 | 15 |
| Remove existing soffit | $3,616.32 | $3,174.33 | Straightline | 3/8/2024 | 14 | 15 |
| Reface old signage | $3,009.03 | $2,641.26 | Straightline | 3/20/2024 | 36 | 15 |
| Healy Drive PL Review P3 | $700.00 | $618.33 | Straightline | 3/26/2024 | 17 | 15 |
| Reface old signage | $3,018.07 | $2,665.96 | Straightline | 4/19/2024 | 36 | 15 |
| Cross - Tread Mercury | $2,110.15 | $1,875.69 | Straightline | 4/22/2024 | 10 | 15 |
| Floor repair kitchen area | $3,062.54 | $2,722.26 | Straightline | 4/23/2024 | 45 | 15 |
| Re - covered booth cushions | $2,016.00 | $1,792.00 | Straightline | 5/1/2024 | 4 | 15 |

In re K Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Repair seating restaurant | $2,345.97 | $2,085.31 | Straightline | 5/1/2024 | 20 | 15 |
| Re - covered booth cushions | $2,016.00 | $1,792.00 | Straightline | 5/1/2024 | 45 | 15 |
| Gas line install | $9,624.12 | $8,608.24 | Straightline | 5/28/2024 | 17 | 15 |
| storage/cook area/dish mach | $8,859.60 | $7,924.42 | Straightline | 5/29/2024 | 7 | 15 |
| CAPEX Reclass P6 | $1,052.00 | $946.80 | Straightline | 6/25/2024 | 4 | 15 |
| FLOOR repair | $3,587.75 | $3,228.98 | Straightline | 7/1/2024 | 45 | 15 |
| Tile removal and installation | $2,520.00 | $2,268.00 | Straightline | 7/11/2024 | 36 | 15 |
| Floor preparation | $1,811.25 | $1,630.13 | Straightline | 7/11/2024 | 10 | 15 |
| Cross - Tread Mosaic | $1,601.29 | $1,441.16 | Straightline | 7/15/2024 | 4 | 15 |
| P7 Healy Drive PL REVIEW | $2,838.98 | $2,570.85 | Straightline | 7/23/2024 | 17 | 15 |
| Tile removal & installation | $3,080.00 | $2,789.11 | Straightline | 7/29/2024 | 36 | 15 |
| Cove Base | $2,214.00 | $2,004.90 | Straightline | 8/2/2024 | 10 | 15 |
| Tile repair | $5,992.00 | $5,459.38 | Straightline | 8/20/2024 | 49 | 15 |
| Evaporator & Rooftop Unit | $7,568.51 | $6,895.75 | Straightline | 9/11/2024 | 36 | 15 |
| Tile and cove base installa | $3,175.00 | $2,945.69 | Straightline | 12/6/2024 | 4 | 15 |
| GAS HOSES | $502.91 | $365.21 | Straightline | 2/6/2024 | 17 | 7 |
| Rebuild Boiler | $14,926.50 | $11,017.18 | Straightline | 2/26/2024 | 4 | 7 |
| Cleveland SteamCraft | $16,755.16 | $12,366.90 | Straightline | 3/1/2024 | 49 | 7 |
| Recover refrigerant | $3,895.80 | $2,875.47 | Straightline | 3/8/2024 | 17 | 7 |
| Gaskets | $4,091.44 | $3,068.58 | Straightline | 3/26/2024 | 49 | 7 |
| INSPECTION, SP 5 YEAR | $5,078.49 | $3,808.87 | Straightline | 4/5/2024 | 49 | 7 |
| Gal Glass Lined Tank | $5,545.66 | $4,159.25 | Straightline | 4/11/2024 | 49 | 7 |
| Payables Trx Entry | $313.28 | $238.69 | Straightline | 4/30/2024 | 49 | 7 |
| Payables Trx Entry | $179.87 | $137.04 | Straightline | 5/1/2024 | 49 | 7 |
| Coil , and Trap Replacements | $17,742.74 | $13,518.28 | Straightline | 5/8/2024 | 49 | 7 |
| Planetary floor mixer | $5,888.09 | $4,556.26 | Straightline | 5/28/2024 | 49 | 7 |
| Gas convection oven etc | $9,561.48 | $7,398.76 | Straightline | 6/4/2024 | 4 | 7 |
| Trenton Condenser Unit | $5,288.26 | $4,218.02 | Straightline | 8/7/2024 | 36 | 7 |
| CURTAIN | $651.42 | $527.34 | Straightline | 8/29/2024 | 10 | 7 |
| Curtain | $651.42 | $527.34 | Straightline | 8/29/2024 | 49 | 7 |
| Plumbing in Kitchen | $13,289.79 | $10,758.40 | Straightline | 9/4/2024 | 14 | 7 |
| Heat lamps | $9,566.66 | $7,858.33 | Straightline | 9/24/2024 | 13 | 7 |
| led parking lot lights | $2,370.05 | $1,975.04 | Straightline | 11/6/2024 | 36 | 7 |
| HVAC - two 5 ton units | $11,901.00 | $10,059.18 | Straightline | 12/9/2024 | 49 | 7 |

Inrek Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Evaporator Coil & Compressor | $31,349.18 | $26,870.73 | Straightline | 12/23/2024 | 49 | 7 |
| 2 new compressors | $53,916.70 | $46,214.31 | Straightline | 12/24/2024 | 4 | 7 |
| upgrade controls for HVAC | $36,741.56 | $31,492.77 | Straightline | 12/24/2024 | 4 | 7 |
| 3 phase scroll compressor | $4,986.20 | $4,273.89 | Straightline | 12/24/2024 | 13 | 7 |
| Payables Trx Entry | $726.53 | $508.57 | Straightline | 7/16/2024 | CORP | 5 |
| Payables Trx Entry | $93.57 | $68.62 | Straightline | 9/5/2024 | CORP | 5 |
| P10 Exception Burlington | $693.86 | $531.96 | Straightline | 10/22/2024 | 45 | 5 |
| Curtain Rod | $651.42 | $489.52 | Straightline | 1/2/2025 | 36 | 5 |
| Curtains | $651.42 | $489.52 | Straightline | 1/2/2025 | 17 | 5 |
| New Curtain Installation | $647.80 | $485.90 | Straightline | 1/6/2025 | 17 | 5 |
| PUMP MOTOR ASSY | $1,146.99 | $985.09 | Straightline | 1/6/2025 | 17 | 5 |
| PUMP MOTOR ASSY | $1,308.41 | $1,146.51 | Straightline | 1/15/2025 | 17 | 5 |
| Heat Detector | $1,771.44 | $1,621.10 | Straightline | 1/28/2025 | 13 | 5 |
| Heat Detector | $1,366.99 | $1,216.65 | Straightline | 1/28/2025 | 49 | 5 |
| Kettle Drain Cover, LOC10 | $1,460.34 | $1,310.00 | Straightline | 1/28/2025 | 10 | 5 |
| Payables Trx Entry | -$2,231.07 | -$2,346.71 | Straightline | 2/6/2025 | 13 | 5 |
| New motor install | $722.25 | $571.91 | Straightline | 2/6/2025 | 45 | 5 |
| Pump Motor Assy | $1,270.30 | $1,119.96 | Straightline | 2/7/2025 | 49 | 5 |
| Valve Assy | $1,849.57 | $1,699.23 | Straightline | 2/7/2025 | 17 | 5 |
| Crankcase Heater & Valves | $8,414.07 | $8,263.73 | Straightline | 2/12/2025 | 49 | 5 |
| Taco Steel Circulator | $1,377.08 | $1,226.74 | Straightline | 2/12/2025 | 4 | 5 |
| Taco Heat Exchanger | $3,480.05 | $3,329.71 | Straightline | 2/12/2025 | 4 | 5 |
| New LEDs | $1,190.86 | $1,040.52 | Straightline | 2/13/2025 | 4 | 5 |
| F&T Trap | $1,029.07 | $878.73 | Straightline | 2/14/2025 | 4 | 5 |
| Excavation For Main Line | $11,235.00 | $11,096.23 | Straightline | 2/19/2025 | 36 | 5 |
| New Pump | $2,612.41 | $2,473.64 | Straightline | 2/24/2025 | 10 | 5 |
| Heat Exchanger Coil Installa | $4,743.58 | $4,604.81 | Straightline | 2/26/2025 | 14 | 5 |
| Primary Control Honeywell | $1,625.80 | $1,487.03 | Straightline | 2/28/2025 | 4 | 5 |
| Warmer Installation | $770.40 | $631.63 | Straightline | 3/10/2025 | 45 | 5 |
| Drive motor install | $1,396.35 | $1,257.58 | Straightline | 3/12/2025 | 45 | 5 |
| Pump Motor Assy | $1,275.21 | $1,136.44 | Straightline | 3/13/2025 | 45 | 5 |
| Two 5ton Units Installation | $29,142.51 | $29,003.74 | Straightline | 3/17/2025 | 49 | 5 |
| Drain & Faucet Fix | $1,768.77 | $1,630.00 | Straightline | 3/17/2025 | 10 | 5 |
| Pump Kit | $2,411.48 | $2,272.71 | Straightline | 3/17/2025 | 14 | 5 |

Inreek Holdings Group LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Exit Signs Replaced | $5,243.41 | $5,104.64 | Straightline | 3/17/2025 | 14 | 5 |
| Motor Installation | $1,011.15 | $883.94 | Straightline | 3/21/2025 | 17 | 5 |
| New Compressor | $826.58 | $699.37 | Straightline | 4/1/2025 | 17 | 5 |
| 277248, BENNETT REFRIGERATION | $385.20 | $257.99 | Straightline | 4/1/2025 | 36 | 5 |
| S-26082, PROFESSIONAL AIR SYST | $1,561.18 | $1,433.97 | Straightline | 4/1/2025 | 4 | 5 |
| Pipes & Relief Valve | $2,931.14 | $2,803.93 | Straightline | 4/2/2025 | 7 | 5 |
| Valve & Thermostat Replace | $746.33 | $619.12 | Straightline | 4/9/2025 | 17 | 5 |
| 2 New Pumps | $7,406.69 | $7,279.48 | Straightline | 4/14/2025 | 49 | 5 |
| Toilet Partition Door | $656.51 | $529.30 | Straightline | 4/17/2025 | 10 | 5 |
| Labor Install restroom door(IN | $433.35 | $317.71 | Straightline | 4/29/2025 | 10 | 5 |
| new Pumps fr condensate on boi | $2,411.48 | $2,295.84 | Straightline | 4/29/2025 | 17 | 5 |
| Labor to instal pumpsHoff Man# | $240.75 | $125.11 | Straightline | 4/29/2025 | 17 | 5 |
| New Motor for Exhaust | $876.17 | $760.53 | Straightline | 5/8/2025 | 30 | 5 |
| Warmer Installation | $722.25 | $606.61 | Straightline | 5/8/2025 | 17 | 5 |
| Chiller MBB Board | $4,801.52 | $4,685.88 | Straightline | 5/13/2025 | 4 | 5 |
| New Pump Installation | $2,421.71 | $2,306.07 | Straightline | 5/13/2025 | 13 | 5 |
| Fire Protection System Repair | $3,107.38 | $2,991.74 | Straightline | 5/15/2025 | 49 | 5 |
| Head Mechanism | $1,792.33 | $1,688.25 | Straightline | 5/27/2025 | 17 | 5 |
| Vent Valve | $739.78 | $635.70 | Straightline | 5/29/2025 | 17 | 5 |
| Metal Bathroom Door | $847.96 | $743.88 | Straightline | 6/16/2025 | 7 | 5 |
| Pump Motor Assy | $1,308.41 | $1,215.90 | Straightline | 7/2/2025 | 17 | 5 |
| Pump Motor Assy | $1,146.99 | $1,054.48 | Straightline | 7/9/2025 | 7 | 5 |
| Gear Motor | $1,378.11 | $1,297.16 | Straightline | 7/30/2025 | 7 | 5 |
| Pump Motor Assy | $1,577.60 | $1,496.65 | Straightline | 8/1/2025 | 36 | 5 |
| Taco Circulator | $712.00 | $631.05 | Straightline | 8/12/2025 | 45 | 5 |
| Champion Motor Labor | $1,246.55 | $1,177.16 | Straightline | 8/26/2025 | 7 | 5 |
| 6995145, WIND RIVER ENVIRONMEN | $4,200.00 | $4,130.61 | Straightline | 8/26/2025 | 36 | 5 |
| Dish Washer Motor | $1,310.75 | $1,241.36 | Straightline | 9/2/2025 | 7 | 5 |
| D/W Motor & Cooler Thermostat | $1,086.05 | $1,016.66 | Straightline | 9/3/2025 | 7 | 5 |
| Wash Machine Motor Etc | $1,011.15 | $941.76 | Straightline | 9/9/2025 | 4 | 5 |
| Pump Motor Assy | $1,479.72 | $1,410.33 | Straightline | 9/16/2025 | 45 | 5 |
| Pump Motor Assy | $1,181.40 | $1,112.01 | Straightline | 9/16/2025 | 4 | 5 |
| Pump Motor Assy | $1,181.40 | $1,123.58 | Straightline | 9/17/2025 | 7 | 5 |
| Pump Motor Assy | $1,347.65 | $1,289.83 | Straightline | 9/17/2025 | 7 | 5 |

Inrek Holdings Group, LLC
Case No. 25-44755-mxm7

Schedule A/B: Part 7, Questions 39-45 - Office furniture, fixtures, and equipment; and collectibles

| General Description of Property (Office Furniture, Office Fixtures, Office Equipment, Collectibles) | Original Cost | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Date Purchased | Store | Equip. YRS |
|---|---|---|---|---|---|---|
| Pump Motor Assy | $1,479.72 | $1,421.90 | Straightline | 9/23/2025 | 10 | 5 |
| Dishwasher Motor Installation | $799.83 | $742.01 | Straightline | 9/23/2025 | 45 | 5 |
| New Motor Installation | $588.50 | $530.68 | Straightline | 9/24/2025 | 4 | 5 |
| New Gear Motor | $1,419.46 | $1,361.64 | Straightline | 9/30/2025 | 10 | 5 |
| 1102, BENNETT REFRIGERATION EN | $481.50 | $423.68 | Straightline | 9/30/2025 | 10 | 5 |
| Pump Motor Assy | $1,347.65 | $1,289.83 | Straightline | 10/8/2025 | 4 | 5 |
| Pump Motor Assy | $1,347.65 | $1,289.83 | Straightline | 10/8/2025 | 7 | 5 |
| Glass Lined Tank | $3,901.71 | $3,855.45 | Straightline | 10/20/2025 | 7 | 5 |
| New Front Door Glass | $603.62 | $557.36 | Straightline | 10/27/2025 | 17 | 5 |
| Boiler Cotrol Honeywell | $1,227.63 | $1,181.37 | Straightline | 10/27/2025 | 4 | 5 |
| New Urinal | $1,962.60 | $1,916.34 | Straightline | 10/28/2025 | 30 | 5 |
| Pump motor Assy | $1,347.65 | $1,301.39 | Straightline | 10/28/2025 | 7 | 5 |
| BOBBYEXPENSE102725 Boiler Repa | $731.24 | $684.98 | Straightline | 10/28/2025 | 14 | 5 |
| Compressor for 45 | $3,859.93 | $3,813.67 | Straightline | 11/5/2025 | 45 | 5 |
| Disposal Fayetteville | -$123,293.41 | -$123,293.41 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$56,551.15 | -$56,551.15 | Straightline | | 20 | N/A |
| Disposal Fayetteville | -$1,026.68 | -$1,026.68 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$33,645.95 | -$33,645.95 | Straightline | | 20 | N/A |
| Disposal Fayetteville | -$34,802.86 | -$34,802.86 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$57,707.97 | -$57,707.97 | Straightline | | 20 | N/A |
| Disposal Fayetteville | -$3,293.37 | -$3,293.37 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$25,974.51 | -$25,974.51 | Straightline | | 20 | N/A |
| Disposal Fayetteville | -$289,272.73 | -$289,272.73 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$289,272.73 | -$289,272.73 | Straightline | | 20 | N/A |
| Disposal Fayetteville | -$351,145.45 | -$351,145.45 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$351,145.45 | -$351,145.45 | Straightline | | 20 | N/A |
| Disposal Fayetteville | -$1,627.27 | -$1,627.27 | Straightline | | 13 | N/A |
| Disposal Wilmington | -$1,627.27 | -$1,627.27 | Straightline | | 20 | N/A |
| Auto Disposal | -$78,792.60 | -$78,792.60 | Straightline | | 0 | N/A |
| | $8,057,964.30 | $3,911,298.70 | Straightline | | | |

23 of 23

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re | § | |
| | § | **Case No. 25-44755-mxm7** |
| **K&W HOLDINGS GROUP, LLC,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS, AND DISCLAIMERS
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor (the "Debtor") in the above-captioned chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited

information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made diligent and reasonable efforts to ensure the accuracy and completeness of such recreated financial information, inadvertent errors or omissions, may cause a material change to the Schedules and Statements.

Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The CFO of the Debtor, has signed the Schedules and Statements. Jill Filipiak is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Jill Filipiak has relied upon the efforts, statements, and representations of employees, and the Debtor's outside accounting and legal advisors. Jill Filipiak has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses, but is relying on employees of the Debtor in gathering such information.

### GLOBAL NOTES OVERVIEW AND METHODOLOGY

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation):

(a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against the Debtor (as defined in section 105(a) of the Bankruptcy Code, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.      **Description of Case and "as of" Information Date.** On December 4, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code [Docket No. 1] (the "Petition") with the Bankruptcy Court. The asset and liability information provided herein represents the asset and liability data of the Debtor as of the Petition Date, except as otherwise noted. In some instances, the Debtor has used estimates or

prorated amounts where actual data as of the Petition Date was not available. The Debtor has made a reasonable effort to allocate liabilities between the pre- and postpetition periods based on the information available to the Debtor and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and postpetition periods and amend the Schedules and Statements accordingly.

3.     **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for each of its property interests. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtor's assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtor, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtor's enterprise value.

4.     **Reporting Date.** The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtor's asset values as of 12/4/2025 (the "Reporting Date"), unless otherwise identified.  Estimated cash balances presented in Schedule A

reflect bank balances as of 12/4/2025. Liability values presented in Schedules D, E, and F are as of the Petition Date.

5.     **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.     **Liabilities.** The Debtor has sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or

challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7. **Insiders.** For the purposes of the Schedules and Statements, the Debtor defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; additionally, some of the potential insiders appear to be operating a business similar the Debtor's using foreign based operations in Eastern Europe; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8. **Executory Contracts and Unexpired Leases.** Although the Debtor has made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtor may have inadvertently failed to do so. Accordingly, the Debtor reserves all of its rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of this chapter 7 case.

9.     **Classifications.** Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10.     **Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11.     **Causes of Action.** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties (collectively, "Causes of Action") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

    a. Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

    b. Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c. Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13. **Estimates.** To prepare and file the Schedules in accordance with the deadline established in the chapter 7 case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14. **Currency.** All amounts are reflected in U.S. dollars unless otherwise indicated.

15. **Setoffs.** The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to

pricing discrepancies, returns, refunds, inadvertent payments, negotiations and/or disputes between the Debtor and its customers, suppliers, and third-party insurers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

16. **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures with respect to the Schedules and
Statement of Financial Affairs Schedules A/B.**

**Part 10:** Intangibles and Intellectual Property.

Patents, Trademarks and/or other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 1Q3** – Official company names on bank accounts

Company Name – K&W Holdings Group, LLC

Bank Name – Texas Partners Banks

Company Name – K&W Holdings Group, LLC
Bank Name – Truist (formerly Suntrust)

**AB P3 Q11** – Door dash, uber eats & grub hub are estimated amounts based on sales and do not

include any vendor fees and taxes.

### SCHEDULES E/F

**Part 1: Priority Unsecured Claims.**

The claims of individual creditors for, among other things, goods, products, services, or

taxes are listed as the amounts entered on the Debtor's books and records and may not reflect

credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor

reserves all of its rights with regard to such credits, allowances, and other adjustments, including

the right to assert claims objections and/or setoffs with respect to the same.

**E/F P1** – Garnishments are court orders for the employee personal debt.  The garnishments listed

were from the employees last paycheck and we did not have wire instructions to pay the

government agencies.

**Part 2: Nonpriority Unsecured Claims.** The Debtor has used reasonable efforts to report all

general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's books and

records as of the Petition Date. Claims listed on Schedule E/F may have been aggregated by

creditor name and remittance address and may include several dates of incurrence for the aggregate

balance listed.

The Debtor has made reasonable efforts to include all unsecured creditors on Schedule E/F

including, but not limited to, trade creditors, consultants, and other service providers; however, the

Debtor believes that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

## SCHEDULE G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or

leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves all of its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

The Debtor reserves all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

Debtor has multiple agreements with business-to-business software providers that may not be listed on Schedule G. The Debtor has listed the major providers that it can readily identify but there are many other smaller companies that provide software 'plug-in' services for the Debtor's software to be functional on various websites. The Debtor lacks the financial wherewithal to identify each of these smaller companies. The Debtor reserves all rights to modify Schedule G should additional agreements be uncovered.

- Arc3 – They have tanks that will need to be returned.

- Pepsi – equipment that will need to be returned.

- Spectrum – has equipment that will need to be returned.

- Charter Communications – has equipment that will need to be returned.

- Cozzini – Slicer blades and knives

- Ecolab – Soap dispensers

- Alsco – Linens / mats / towels

- PFG – Tea equipment at Burlington

- RTI – Filter machine / Storage containers for Oil

- Wind River – Grease dispensers outside

- New Carbon Company – Waffle makers

- IO Music – Music players

- Waste Management – Trash containers (Crossroads / Burlington / Hanes Mills)

- GFL – Trash Containers (Rocky Mt and Holden Rd)

- Republic Services – Trash Containers (Concord / Healy Rd / Towers)

- Oliver Package and Equipment Company – Packaging Machine (Signature / Concord/Rocky Mount/Towers)

## STATEMENT OF FINANCIAL AFFAIRS

**P1Q1 –** The actual dates for gross revenue from business are as follows:

| | |
|---|---|
| 12/28/2022 - 12/26/2023 | $31,496,899.13 |
| 12/27/2023 - 12/31/2024 | $29,207,336.53 |
| 01/01/2025 - 12/01/2025 | $19,354,838.00 |

**P1Q2** – Rebates – Debtor received Pepsi (last received 8/1/25) and Dr. Pepper (6/9/25)

**P5 Q10** – Cash over short is normal operating cash shortages for an entire year P7 Q14 – New Market Hanover LP owns Wilmington location and we had negotiated a payout for the final lease payments.  Last payment was due in September 2025 however we stop paying due to cash shortage there is a remaining balance due 54,000.

Fayetteville we negotiated out of the lease on 3/31/2025.  There was nothing due and nothing paid to close down.

Allred Investment Company LLC – They own 4 locations, Rocky Mount, Crossroads, Healy Drive, Hanes Mills.   Back rent for April, May, June, and November.  In addition to base rent, Crossroads has past due percentage rent for July, August, September 2025. Rocky has past due percentage rent for September 2025.

Copperfield Center Partnership owns Concord.  Backrent for April, May, June and November.  In addition to the base rent Concord has percentage rent for December 2024.

BVB Properties Inc owns Holden Road.  Back rent is owed for November.

I-85 Plaza owns Burlington.  Back rent is owed partial for May, full rent June, Full rent July and full rent November.

New Bern Development LLC owns Towers.  Back rent is owed for November.

Signature Place Roll Up LLC owns Signature.  Back rent is owed for March, April, May, June, July.  We had negotiated a rent break starting in August for 19,000 until December 2025.

**P10 Q20** – There are 3 storage units located at Cubesmart in Winston Salem. #14, #78, and #79.

Contents include:

**CubeSmart #0014**

(3) Traulsen undercounter cooler
(2) S 2- Bowl Prep sinks
(1) Flat top grill
(1) groove grill
(1) table
(3) landing tables
(1) SS shelving unit
(2) metro warmers
(1) Stainless Steel Prep Table 8'
(1) Follet Ice bin
(1) Hobart 30Q Mixer
(1) Hobart meat grinder
(1) Champion 66 Pro Dish machine
(2) Aluminum can racks

**CubeSmart #0078**

(11) Plastic dunnage racks
(2) Stainless steel Racks w/ over shelf
(1) Comtec Pie Press
(4) Groen PT 20 Pedistal Kettles
(1) landing table
(1) small stainless steel table
(6) Baker's racks
(1) Hobart meat grinder
(1) Stainless steel cart
(22) Stainless steel pans
(1) metro warmer
(1) 8' ladder
(1) Case 2x2 ceiling tile (16ct)

**CubeSmart #0079**

(3) File cabinets/store files (Blue prints for all locations)

(15) Boxes of floor tile/Crossville gray
(4) Blodgett oven racks
(6) metro racks
(14) POS monitors
(25) POS printers
(16) Tablets
(27) Tablet covers
(10) Phones
(Misc.) Assortment of Parts, Assortment of Fiberglass Pipe Insulation

**Fill in this information to identify the case:**

Debtor name    K&W Holdings Group, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-44755-mxm7

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re** | § | |
| | § | **Case No. 25-44755-mxm7** |
| **K&W HOLDINGS GROUP, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS, AND DISCLAIMERS
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor (the "Debtor") in the above-captioned chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited

information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made diligent and reasonable efforts to ensure the accuracy and completeness of such recreated financial information, inadvertent errors or omissions, may cause a material change to the Schedules and Statements.

Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The CFO of the Debtor, has signed the Schedules and Statements. Jill Filipiak is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Jill Filipiak has relied upon the efforts, statements, and representations of employees, and the Debtor's outside accounting and legal advisors. Jill Filipiak has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses, but is relying on employees of the Debtor in gathering such information.

## GLOBAL NOTES OVERVIEW AND METHODOLOGY

1.      **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation):

(a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against the Debtor (as defined in section 105(a) of the Bankruptcy Code, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.      **Description of Case and "as of" Information Date.** On December 4, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code [Docket No. 1] (the "Petition") with the Bankruptcy Court. The asset and liability information provided herein represents the asset and liability data of the Debtor as of the Petition Date, except as otherwise noted. In some instances, the Debtor has used estimates or

prorated amounts where actual data as of the Petition Date was not available. The Debtor has made a reasonable effort to allocate liabilities between the pre- and postpetition periods based on the information available to the Debtor and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and postpetition periods and amend the Schedules and Statements accordingly.

3.    **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for each of its property interests. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtor's assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtor, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtor's enterprise value.

4.    **Reporting Date.** The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtor's asset values as of 12/4/2025 (the "Reporting Date"), unless otherwise identified.  Estimated cash balances presented in Schedule A

reflect bank balances as of 12/4/2025. Liability values presented in Schedules D, E, and F are as of the Petition Date.

5. **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6. **Liabilities.** The Debtor has sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or

challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7.    **Insiders.** For the purposes of the Schedules and Statements, the Debtor defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; additionally, some of the potential insiders appear to be operating a business similar the Debtor's using foreign based operations in Eastern Europe; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8.    **Executory Contracts and Unexpired Leases.** Although the Debtor has made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtor may have inadvertently failed to do so. Accordingly, the Debtor reserves all of its rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of this chapter 7 case.

9. **Classifications.** Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10. **Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11. **Causes of Action.** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties (collectively, "Causes of Action") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.     **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13.     **Estimates.** To prepare and file the Schedules in accordance with the deadline established in the chapter 7 case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14.     **Currency.**  All amounts are reflected in U.S. dollars unless otherwise indicated.

15.     **Setoffs.** The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to

pricing discrepancies, returns, refunds, inadvertent payments, negotiations and/or disputes between the Debtor and its customers, suppliers, and third-party insurers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

16.    **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures with respect to the Schedules and
Statement of Financial Affairs Schedules A/B.**

**Part 10:** Intangibles and Intellectual Property.

Patents, Trademarks and/or other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 1Q3** – Official company names on bank accounts

Company Name – K&W Holdings Group, LLC

Bank Name – Texas Partners Banks

Company Name – K&W Holdings Group, LLC
Bank Name – Truist (formerly Suntrust)

**AB P3 Q11** – Door dash, uber eats & grub hub are estimated amounts based on sales and do not include any vendor fees and taxes.

## SCHEDULES E/F

**Part 1: Priority Unsecured Claims.**

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**E/F P1** – Garnishments are court orders for the employee personal debt. The garnishments listed were from the employees last paycheck and we did not have wire instructions to pay the government agencies.

**Part 2: Nonpriority Unsecured Claims.** The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's books and records as of the Petition Date. Claims listed on Schedule E/F may have been aggregated by creditor name and remittance address and may include several dates of incurrence for the aggregate balance listed.

The Debtor has made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, trade creditors, consultants, and other service providers; however, the

Debtor believes that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

## SCHEDULE G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or

leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves all of its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

The Debtor reserves all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

Debtor has multiple agreements with business-to-business software providers that may not be listed on Schedule G. The Debtor has listed the major providers that it can readily identify but there are many other smaller companies that provide software 'plug-in' services for the Debtor's software to be functional on various websites. The Debtor lacks the financial wherewithal to identify each of these smaller companies. The Debtor reserves all rights to modify Schedule G should additional agreements be uncovered.

- Arc3 – They have tanks that will need to be returned.

- Pepsi – equipment that will need to be returned.

- Spectrum – has equipment that will need to be returned.

- Charter Communications – has equipment that will need to be returned.

- Cozzini – Slicer blades and knives

- Ecolab – Soap dispensers

- Alsco – Linens / mats / towels

- PFG – Tea equipment at Burlington

- RTI – Filter machine / Storage containers for Oil

- Wind River – Grease dispensers outside

- New Carbon Company – Waffle makers

- IO Music – Music players

- Waste Management – Trash containers (Crossroads / Burlington / Hanes Mills)

- GFL – Trash Containers (Rocky Mt and Holden Rd)

- Republic Services – Trash Containers (Concord / Healy Rd / Towers)

- Oliver Package and Equipment Company – Packaging Machine (Signature / Concord/Rocky Mount/Towers)

## STATEMENT OF FINANCIAL AFFAIRS

**P1Q1 –** The actual dates for gross revenue from business are as follows:

| | |
|---|---|
| 12/28/2022 - 12/26/2023 | $31,496,899.13 |
| 12/27/2023 - 12/31/2024 | $29,207,336.53 |
| 01/01/2025 - 12/01/2025 | $19,354,838.00 |

**P1Q2** – Rebates – Debtor received Pepsi (last received 8/1/25) and Dr. Pepper (6/9/25)

**P5 Q10** – Cash over short is normal operating cash shortages for an entire year P7 Q14 – New Market Hanover LP owns Wilmington location and we had negotiated a payout for the final lease payments.  Last payment was due in September 2025 however we stop paying due to cash shortage there is a remaining balance due 54,000.

Fayetteville we negotiated out of the lease on 3/31/2025.  There was nothing due and nothing paid to close down.

Allred Investment Company LLC – They own 4 locations, Rocky Mount, Crossroads, Healy Drive, Hanes Mills.   Back rent for April, May, June, and November.  In addition to base rent, Crossroads has past due percentage rent for July, August, September 2025. Rocky has past due percentage rent for September 2025.

Copperfield Center Partnership owns Concord.  Backrent for April, May, June and November.  In addition to the base rent Concord has percentage rent for December 2024.

BVB Properties Inc owns Holden Road.  Back rent is owed for November.

I-85 Plaza owns Burlington.  Back rent is owed partial for May, full rent June, Full rent July and full rent November.

New Bern Development LLC owns Towers.  Back rent is owed for November.

Signature Place Roll Up LLC owns Signature.  Back rent is owed for March, April, May, June, July.  We had negotiated a rent break starting in August for 19,000 until December 2025.

**P10 Q20** – There are 3 storage units located at Cubesmart in Winston Salem. #14, #78, and #79.

Contents include:

**CubeSmart #0014**

(3) Traulsen undercounter cooler
(2) S 2- Bowl Prep sinks
(1) Flat top grill
(1) groove grill
(1) table
(3) landing tables
(1) SS shelving unit
(2) metro warmers
(1) Stainless Steel Prep Table 8'
(1) Follet Ice bin
(1) Hobart 30Q Mixer
(1) Hobart meat grinder
(1) Champion 66 Pro Dish machine
(2) Aluminum can racks

**CubeSmart #0078**

(11) Plastic dunnage racks
(2) Stainless steel Racks w/ over shelf
(1) Comtec Pie Press
(4) Groen PT 20 Pedistal Kettles
(1) landing table
(1) small stainless steel table
(6) Baker's racks
(1) Hobart meat grinder
(1) Stainless steel cart
(22) Stainless steel pans
(1) metro warmer
(1) 8' ladder
(1) Case 2x2 ceiling tile (16ct)

**CubeSmart #0079**

(3) File cabinets/store files (Blue prints for all locations)

(15) Boxes of floor tile/Crossville gray
(4) Blodgett oven racks
(6) metro racks
(14) POS monitors
(25) POS printers
(16) Tablets
(27) Tablet covers
(10) Phones
(Misc.) Assortment of Parts, Assortment of Fiberglass Pipe Insulation

**Fill in this information to identify the case:**

Debtor name    K&W Holdings Group, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-44755-mxm7

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**    Priority creditor's name and mailing address      As of the petition filing date, the claim is:      Total claim: **Unknown**    Priority amount: **Unknown**

Piccadilly Holdings LLC
500 E State Highway 114 Suite 300
Southlake, TX 76092

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Promissory Note / Maturity Date: 12.12.25

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9)

■ No
☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$1,920.11**

AlarmSouth
PO Box 5393
Statesville, NC 28687

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**3.2**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$319,037.33**

Allred Investment Company
PO Box 25048
Winston Salem, NC 27114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,387.90

Alsco Inc.
PO Box 3594
Durham, NC 27702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $451.52

American Residential Services LLC
ARS Rescue Rooter
641 S New Hope Rd
Raleigh, NC 27610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,266.73

Appalachian Power Company
PO Box 371496
Pittsburgh, PA 15250-7496

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,853.89

Arc3 Gases, Inc.
PO Box 896866
Charlotte, NC 28289-6866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $498.87

BankDirect Capital Finance
150 North Field Dr Ste 190
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,522.07

Bennett Refrigeration Enterprise LLC
4860 Brinkley Rd
Belews Creek, NC 27009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,848.00

Bullock Lawn Care Inc.
7073 Hunter Ridge Rd
Rocky Mount, NC 27803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

**3.10** | **Nonpriority creditor's name and mailing address**
BVB-NC LLC fka BVB Properties, Inc.
204-C West Woodlawn Rd
Charlotte, NC 28217

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset?  ■ No  ☐ Yes

$24,663.68

---

**3.11** | **Nonpriority creditor's name and mailing address**
Capitol Coffee Systems Inc.
1113 Capital Blvd
Raleigh, NC 27603

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset?  ■ No  ☐ Yes

$20,519.74

---

**3.12** | **Nonpriority creditor's name and mailing address**
Champion Industrial, Inc.
PO Box 60448
Charlotte, NC 28260-0448

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

$12,814.62

---

**3.13** | **Nonpriority creditor's name and mailing address**
Cintas Fire Protection
PO Box 636525
Cincinnati, OH 45263-6525

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

$8,028.97

---

**3.14** | **Nonpriority creditor's name and mailing address**
City of Burlington
PO Box 1358
Burlington, NC 27216-1358

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No  ☐ Yes

$2,039.72

---

**3.15** | **Nonpriority creditor's name and mailing address**
City of Greensboro
PO Box 1170
Greensboro, NC 27402-1170

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No  ☐ Yes

$4,369.69

---

**3.16** | **Nonpriority creditor's name and mailing address**
City of Greensboro
PO Box 26120
Greensboro, NC 27402

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

$636.11

---

Debtor   K&W Holdings Group, LLC
_____
Name

Case number (if known)   25-44755-mxm7
_____

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>City of Rocky Mount<br>PO Box 1180<br>Rocky Mount, NC 27802-1180 | **As of the petition filing date, the claim is:** *Check all that apply.*   $9,543.77<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>City of Winston-Salem<br>PO Box 580055<br>Charlotte, NC 28258 |

**As of the petition filing date, the claim is:** *Check all that apply.*   $4,126.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Utilities

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>CJK Ent Limited, LLC Clean Away Parking<br>436 Brunswick Forge Rd<br>Troutville, VA 24175 |

**As of the petition filing date, the claim is:** *Check all that apply.*   $6,185.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>CLC Incorporated<br>PO Box 229<br>Forest, VA 24551 |

**As of the petition filing date, the claim is:** *Check all that apply.*   $3,339.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Clegg's Termite & Pest Control LLC<br>PO Box 560005<br>Charlotte, NC 28256 |

**As of the petition filing date, the claim is:** *Check all that apply.*   $7,337.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Concord False Alarm Redution Program<br>PO Box 308<br>Concord, NC 28026 |

**As of the petition filing date, the claim is:** *Check all that apply.*   $60.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Services

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>Copperfield Center Partnership LLC<br>c/o B.V. Belk Investments<br>101 N Tryon St Ste 100<br>Charlotte, NC 28217 |

**As of the petition filing date, the claim is:** *Check all that apply.*   $46,249.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Rent

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
Cozzini Bros., Inc.
8430 W Bryn Mawr Ave
Suite 800
Chicago, IL 60631

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,215.20

---

**3.25**

**Nonpriority creditor's name and mailing address**
Discount Repairs
1238 Docs Rd
Lillington, NC 27546

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,306.14

---

**3.26**

**Nonpriority creditor's name and mailing address**
Duke Energy Charlotte
PO Box 1094
Charlotte, NC 28201-1094

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

$16,051.38

---

**3.27**

**Nonpriority creditor's name and mailing address**
Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,643.86

---

**3.28**

**Nonpriority creditor's name and mailing address**
Enbridge Gas North Carolina
PO Box 25715
Richmond, VA 23260

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

$4,287.98

---

**3.29**

**Nonpriority creditor's name and mailing address**
Falcon Holdings Management LLC
500 E State Hwy 114
Suite 300
Southlake, TX 76092

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Service for Management Fees

Is the claim subject to offset? ■ No ☐ Yes

$364,128.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
Federal Express Corp
Po Box 660481
Dallas, TX 75266-0481

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

$862.50

---

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00

Fire Recovery USA LLC
c/o Fire Recovery USA
PO Box 935667
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,482.65

Forsyth County Tax Collector
PO Box 82
Winston Salem, NC 27102-0082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Taxes

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,140.00

Foster Caviness Company, Inc.
PO Box 744739
Atlanta, GA 30374-4739

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,509.36

FSI Mechanical, Inc.
5485 Raynor Rd
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,015.77

FSI of Central Inc.
PO Box 2476
Reidsville, NC 27323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,697.57

GFL Environmental
PO Box 791519
Baltimore, MD 21279-1519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,621.27

Greensboro Refrigeration Serices Inc.
PO Box 16366
Greensboro, NC 27416-0366

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
Greer's Exhaust and Kitchen Cleaning
411 Walnut Ave
Vinton, VA 24179

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$1,315.00

---

**3.39** | **Nonpriority creditor's name and mailing address**
Guilford County Tax Department
PO Box 71072
Charlotte, NC 28272-1072

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Taxes

Is the claim subject to offset? ■ No  ☐ Yes

$4,110.65

---

**3.40** | **Nonpriority creditor's name and mailing address**
Hoffman Hydronics, LLC
PO Box 8608
Greensboro, NC 27419

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No  ☐ Yes

$3,901.76

---

**3.41** | **Nonpriority creditor's name and mailing address**
I-85 Plaza LLC
PO Box 850
Burlington, NC 27216-0850

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No  ☐ Yes

$57,235.39

---

**3.42** | **Nonpriority creditor's name and mailing address**
Indeed Inc.
PO Box 660367
Dallas, TX 75266-0367

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$2,025.51

---

**3.43** | **Nonpriority creditor's name and mailing address**
IO Business Music
5025 W Lemon St Suite 20C
Tampa, FL 33609

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$1,006.20

---

**3.44** | **Nonpriority creditor's name and mailing address**
James P. Holloway Jr.
Po Box 631302
Irving, TX 75063

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

$5,000.00

---

Debtor   K&W Holdings Group, LLC
_____
Name

Case number (if known)   25-44755-mxm7

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,555.20 |

3.45

**Nonpriority creditor's name and mailing address**
JM Tree and Landscape LLC
1832 Fairview Blvd
Winston Salem, NC 27127

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$1,555.20

---

3.46

**Nonpriority creditor's name and mailing address**
John's Plumbing Heating & Air Conditioni
PO Box 8496
Greensboro, NC 27419

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$715.03

---

3.47

**Nonpriority creditor's name and mailing address**
Lamar Companies
PO Box 96030
Baton Rouge, LA 70896

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing

Is the claim subject to offset? ■ No  ☐ Yes

$17,450.00

---

3.48

**Nonpriority creditor's name and mailing address**
Legacy Chicken LLC
500 E State Hwy 114
Suite 300
Southlake, TX 76092

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promissory Note (maturity date is 12.12.25)

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.49

**Nonpriority creditor's name and mailing address**
Marva Maid Dairy
PO Box 392612
Pittsburgh, PA 15251-9612

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$19,981.81

---

3.50

**Nonpriority creditor's name and mailing address**
Matt Marshall & Company
2249 Bishop Rd
Greensboro, NC 27406

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No  ☐ Yes

$1,996.23

---

3.51

**Nonpriority creditor's name and mailing address**
Mechanical Maintenance Inc.
6028 Liberty Rd
Climax, NC 27233

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$57,691.38

---

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,513.25

Modern Mechanical HVAC LLC
600 Waterfield Ridge Place
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | | $100.00

NC Department of Labor
1101 Mail Service Center
Raleigh, NC 27699

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | | $35,505.59

New Bern Development LLC
PO Box 6309
Raleigh, NC 27628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | | $1,594.14

New Carbon Company LLC
dba Golden Malted
PO Box 24316
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | | $54,000.00

New Market Hanover, LP
10920 Via Frontera, Suite 220
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | | $1,101.36

Oliver Packaging & Equipment Co.
PO Box 8506
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | | $680.52

P-F Plumbing Contractors
6221 Hackers Bend Ct
Winston Salem, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $724,344.73 |
|---|---|---|---|

Performance Food Group aka PFG
543 12th St Dr NW
Hickory, NC 28601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $603.62 |
|---|---|---|---|

Pfaffs Inc.
PO Box 24429
Winston Salem, NC 27114-4429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,001.15 |
|---|---|---|---|

Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,631.55 |
|---|---|---|---|

Professional Air Systems LLC
Po Box 930
Rural Hall, NC 27045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,070.15 |
|---|---|---|---|

Professional Image Inc.
1654 Front St Ste 5
Slidell, LA 70458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,660.00 |
|---|---|---|---|

Proserve Hood & Duct Services
221 Tecnology Park Ln
Fuquay Varina, NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50.00 |
|---|---|---|---|

Protection Systems Tech, Inc.
PO Box 2109
Denver, NC 28037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   K&W Holdings Group, LLC   
     Name

Case number (if known)   25-44755-mxm7

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,122.71 |
|---|---|---|---|

Regency of the Triad, LLC
8075 North Point Blvd., Ste R
Winston Salem, NC 27106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,297.66 |
|---|---|---|---|

Reliance Standard Life Insurance Company
1700 Market St Suite 1200
Philadelphia, PA 19103-3938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Insurance

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,437.96 |
|---|---|---|---|

Republic Services
PO Box 71068
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,086.13 |
|---|---|---|---|

Restaurant Technologies Inc.
12962 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,492.75 |
|---|---|---|---|

Restronaut Technologies LLC
500 E State Highway 114 Suite 300
Southlake, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,199.77 |
|---|---|---|---|

Roanoke Gas Company
PO Box 70848
Charlotte, NC 28272-0848

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,305.70 |
|---|---|---|---|

Sawyer's Produce, Inc.
2350 Ebenezer Rd
Rock Hill, SC 29732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | K&W Holdings Group, LLC | Case number (if known) | 25-44755-mxm7 |
|---|---|---|---|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address**
Sign Umbrella
1818 N Interstate 35E Suite 100
Carrollton, TX 75006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,476.21**

---

**3.74** | **Nonpriority creditor's name and mailing address**
Signature Place Roll Up, LLC
895 Island Park Dr Ste 202
Daniel Island, SC 29495

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

**$143,745.10**

---

**3.75** | **Nonpriority creditor's name and mailing address**
SJ Connor and Sons, Inc.
1639 Seibel Dr NE
Roanoke, VA 24012

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$262.50**

---

**3.76** | **Nonpriority creditor's name and mailing address**
SS Refrigeration Heating and AC LLC
5117 Spruce St
Hope Mills, NC 28348

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$1,605.00**

---

**3.77** | **Nonpriority creditor's name and mailing address**
Strategic Equipment, LLC
dba Trimark Strategic
2801 South Valley Pkwy Ste 200
Lewisville, TX 75067

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplier

Is the claim subject to offset? ■ No ☐ Yes

**$5,812.56**

---

**3.78** | **Nonpriority creditor's name and mailing address**
Sunrise Window Cleaning
6521 Bent Mountain Rd
Roanoke, VA 24018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$190.00**

---

**3.79** | **Nonpriority creditor's name and mailing address**
Tech Service Today, LLC
1903 S Congress Ave Suite 305
Boynton Beach, FL 33426

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

---

Debtor   K&W Holdings Group, LLC                                    Case number (if known)    25-44755-mxm7
_____
Name

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,685.73 |
|---|---|---|---|

The Hartford
PO Box 660916
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,805.53 |
|---|---|---|---|

Tidy Services
2011 Cook Dr
Salem, VA 24153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,507.80 |
|---|---|---|---|

Tundra Restaurant Supply, LLC
PO Box 74007307
Chicago, IL 60674-7307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplier

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,799.15 |
|---|---|---|---|

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,010.85 |
|---|---|---|---|

Western Virginia Water Authority
601 South Jefferson St Ste 210
Roanoke, VA 24011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Utilities

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,548.65 |
|---|---|---|---|

Wex Bank
PO Box 6293
Chicago, IL 60697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,243.52 |
|---|---|---|---|

Wind River Environmental LLC
PO Box 22074
New York, NY 10087-2074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   K&W Holdings Group, LLC
         Name

Case number (if known)   25-44755-mxm7

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,208.67 |
|---|---|---|---|

**3.87** **Nonpriority creditor's name and mailing address**
Witt Street Properties LLC
345 Witt St
Winston Salem, NC 27103

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset? ■ No ☐ Yes

$1,208.67

---

**3.88** **Nonpriority creditor's name and mailing address**
Yeatts Heating & Air
PO Box 518
Salem, VA 24153

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,312.88

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Allred Investment Company<br>Attn: Dax C. Allred<br>3304 Willow Wind Dr<br>Pfafftown, NC 27040 | Line 3.2<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Copperfield Center Partnership<br>c/o B.V. Belk Investments<br>4508 East Independence Blvd Ste 207<br>Charlotte, NC 28205 | Line 3.23<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Copperfield Center Partnership<br>PO Box 580055<br>Charlotte, NC 28258-0055 | Line 3.23<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Lamar Companies<br>c/o The Van Winkle Law Firm<br>Attn: Mark Pinkston<br>11 North Market Street<br>Asheville, NC 28802-7376 | Line 3.47<br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,337,174.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,337,174.76 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re | § | |
| | § | **Case No. 25-44755-mxm7** |
| **K&W HOLDINGS GROUP, LLC,** | § | |
| | § | **Chapter 7** |
| Debtor. | § | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS, AND DISCLAIMERS
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor (the "Debtor") in the above-captioned chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited

information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made diligent and reasonable efforts to ensure the accuracy and completeness of such recreated financial information, inadvertent errors or omissions, may cause a material change to the Schedules and Statements.

Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The CFO of the Debtor, has signed the Schedules and Statements. Jill Filipiak is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Jill Filipiak has relied upon the efforts, statements, and representations of employees, and the Debtor's outside accounting and legal advisors. Jill Filipiak has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses, but is relying on employees of the Debtor in gathering such information.

## GLOBAL NOTES OVERVIEW AND METHODOLOGY

1.      **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation):

(a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against the Debtor (as defined in section 105(a) of the Bankruptcy Code, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.      **Description of Case and "as of" Information Date.** On December 4, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code [Docket No. 1] (the "Petition") with the Bankruptcy Court. The asset and liability information provided herein represents the asset and liability data of the Debtor as of the Petition Date, except as otherwise noted. In some instances, the Debtor has used estimates or

prorated amounts where actual data as of the Petition Date was not available. The Debtor has made a reasonable effort to allocate liabilities between the pre- and postpetition periods based on the information available to the Debtor and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and postpetition periods and amend the Schedules and Statements accordingly.

3. **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for each of its property interests. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtor's assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtor, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtor's enterprise value.

4. **Reporting Date.** The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtor's asset values as of 12/4/2025 (the "Reporting Date"), unless otherwise identified. Estimated cash balances presented in Schedule A

reflect bank balances as of 12/4/2025. Liability values presented in Schedules D, E, and F are as of the Petition Date.

5.      **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.      **Liabilities.** The Debtor has sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or

challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7.      **Insiders.** For the purposes of the Schedules and Statements, the Debtor defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; additionally, some of the potential insiders appear to be operating a business similar the Debtor's using foreign based operations in Eastern Europe; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8.      **Executory Contracts and Unexpired Leases.** Although the Debtor has made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtor may have inadvertently failed to do so. Accordingly, the Debtor reserves all of its rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of this chapter 7 case.

9.     **Classifications.** Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10.     **Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11.     **Causes of Action.** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties (collectively, "Causes of Action") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12.     **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

a.      Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

b.      Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.      Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13.     **Estimates.** To prepare and file the Schedules in accordance with the deadline established in the chapter 7 case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14.     **Currency.** All amounts are reflected in U.S. dollars unless otherwise indicated.

15.     **Setoffs.** The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to

pricing discrepancies, returns, refunds, inadvertent payments, negotiations and/or disputes between the Debtor and its customers, suppliers, and third-party insurers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

16. **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures with respect to the Schedules and
Statement of Financial Affairs Schedules A/B.**

**Part 10:** Intangibles and Intellectual Property.

Patents, Trademarks and/or other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 1Q3** – Official company names on bank accounts

Company Name – K&W Holdings Group, LLC

Bank Name – Texas Partners Banks

Company Name – K&W Holdings Group, LLC
Bank Name – Truist (formerly Suntrust)

**AB P3 Q11** – Door dash, uber eats & grub hub are estimated amounts based on sales and do not

include any vendor fees and taxes.


### SCHEDULES E/F

**Part 1: Priority Unsecured Claims.**

The claims of individual creditors for, among other things, goods, products, services, or

taxes are listed as the amounts entered on the Debtor's books and records and may not reflect

credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor

reserves all of its rights with regard to such credits, allowances, and other adjustments, including

the right to assert claims objections and/or setoffs with respect to the same.

**E/F P1** – Garnishments are court orders for the employee personal debt. The garnishments listed

were from the employees last paycheck and we did not have wire instructions to pay the

government agencies.

**Part 2: Nonpriority Unsecured Claims.** The Debtor has used reasonable efforts to report all

general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's books and

records as of the Petition Date. Claims listed on Schedule E/F may have been aggregated by

creditor name and remittance address and may include several dates of incurrence for the aggregate

balance listed.

The Debtor has made reasonable efforts to include all unsecured creditors on Schedule E/F

including, but not limited to, trade creditors, consultants, and other service providers; however, the

Debtor believes that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

## SCHEDULE G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or

leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves all of its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

The Debtor reserves all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

Debtor has multiple agreements with business-to-business software providers that may not be listed on Schedule G. The Debtor has listed the major providers that it can readily identify but there are many other smaller companies that provide software 'plug-in' services for the Debtor's software to be functional on various websites. The Debtor lacks the financial wherewithal to identify each of these smaller companies. The Debtor reserves all rights to modify Schedule G should additional agreements be uncovered.

- Arc3 – They have tanks that will need to be returned.

- Pepsi – equipment that will need to be returned.

- Spectrum – has equipment that will need to be returned.

- Charter Communications – has equipment that will need to be returned.

- Cozzini – Slicer blades and knives

- Ecolab – Soap dispensers

- Alsco – Linens / mats / towels

- PFG – Tea equipment at Burlington

- RTI – Filter machine / Storage containers for Oil

- Wind River – Grease dispensers outside

- New Carbon Company – Waffle makers

- IO Music – Music players

- Waste Management – Trash containers (Crossroads / Burlington / Hanes Mills)

- GFL – Trash Containers (Rocky Mt and Holden Rd)

- Republic Services – Trash Containers (Concord / Healy Rd / Towers)

- Oliver Package and Equipment Company – Packaging Machine (Signature / Concord/Rocky Mount/Towers)

## STATEMENT OF FINANCIAL AFFAIRS

**P1Q1 –** The actual dates for gross revenue from business are as follows:

| | |
|---|---|
| 12/28/2022 - 12/26/2023 | $31,496,899.13 |
| 12/27/2023 - 12/31/2024 | $29,207,336.53 |
| 01/01/2025 - 12/01/2025 | $19,354,838.00 |

**P1Q2** – Rebates – Debtor received Pepsi (last received 8/1/25) and Dr. Pepper (6/9/25)

**P5 Q10** – Cash over short is normal operating cash shortages for an entire year P7 Q14 – New Market Hanover LP owns Wilmington location and we had negotiated a payout for the final lease payments.  Last payment was due in September 2025 however we stop paying due to cash shortage there is a remaining balance due 54,000.

Fayetteville we negotiated out of the lease on 3/31/2025.  There was nothing due and nothing paid to close down.

Allred Investment Company LLC – They own 4 locations, Rocky Mount, Crossroads, Healy Drive, Hanes Mills.   Back rent for April, May, June, and November.  In addition to base rent, Crossroads has past due percentage rent for July, August, September 2025. Rocky has past due percentage rent for September 2025.

Copperfield Center Partnership owns Concord.  Backrent for April, May, June and November.  In addition to the base rent Concord has percentage rent for December 2024.

BVB Properties Inc owns Holden Road.  Back rent is owed for November.

I-85 Plaza owns Burlington.  Back rent is owed partial for May, full rent June, Full rent July and full rent November.

New Bern Development LLC owns Towers.  Back rent is owed for November.

Signature Place Roll Up LLC owns Signature.  Back rent is owed for March, April, May, June, July.  We had negotiated a rent break starting in August for 19,000 until December 2025.

**P10 Q20** – There are 3 storage units located at Cubesmart in Winston Salem. #14, #78, and #79.

Contents include:

**CubeSmart #0014**

(3) Traulsen undercounter cooler
(2) S 2- Bowl Prep sinks
(1) Flat top grill
(1) groove grill
(1) table
(3) landing tables
(1) SS shelving unit
(2) metro warmers
(1) Stainless Steel Prep Table 8'
(1) Follet Ice bin
(1) Hobart 30Q Mixer
(1) Hobart meat grinder
(1) Champion 66 Pro Dish machine
(2) Aluminum can racks

**CubeSmart #0078**

(11) Plastic dunnage racks
(2) Stainless steel Racks w/ over shelf
(1) Comtec Pie Press
(4) Groen PT 20 Pedistal Kettles
(1) landing table
(1) small stainless steel table
(6) Baker's racks
(1) Hobart meat grinder
(1) Stainless steel cart
(22) Stainless steel pans
(1) metro warmer
(1) 8' ladder
(1) Case 2x2 ceiling tile (16ct)

**CubeSmart #0079**

(3) File cabinets/store files (Blue prints for all locations)

(15) Boxes of floor tile/Crossville gray
(4) Blodgett oven racks
(6) metro racks
(14) POS monitors
(25) POS printers
(16) Tablets
(27) Tablet covers
(10) Phones
(Misc.) Assortment of Parts, Assortment of Fiberglass Pipe Insulation

**Fill in this information to identify the case:**

Debtor name     K&W Holdings Group, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   25-44755-mxm7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Rocky Mount | |
| State the term remaining | 16 years, 11 months | Allred Investment Company LLC PO Box 25048 Winston Salem, NC 27114 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Crossroads | |
| State the term remaining | 16 years, 11 months | Allred Investment Company LLC PO Box 25048 Winston Salem, NC 27114 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Healy | |
| State the term remaining | 16 years, 11 months | Allred Investment Company LLC PO Box 25048 Winston Salem, NC 27114 |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Hanes Mill | |
| State the term remaining | 16 years, 11 months | Allred Investment Company LLC PO Box 25048 Winston Salem, NC 27114 |
| List the contract number of any government contract | | |

Debtor 1   K&W Holdings Group, LLC                                          Case number *(if known)*   25-44755-mxm7

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — Food Service Contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Alpha Academy<br>8030 Raeford Rd<br>Fayetteville, NC 28314 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Service Contract for Linens<br><br>State the term remaining<br><br>List the contract number of any government contract | Alsco Inc.<br>PO Box 3594<br>Durham, NC 27702 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — Food Service Contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Amandla Academy<br>1105 Willow Rd<br>Greensboro, NC 27401 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Contract for CO2 Tanks<br><br>State the term remaining<br><br>List the contract number of any government contract | Arc3 Gases, Inc.<br>PO Box 896866<br>Charlotte, NC 28289-6866 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — Food Service Contract<br><br>State the term remaining<br><br>List the contract number of any government contract | Boys and Girls Club Cabarrus<br>247 Spring St NW<br>Concord, NC 28025 |

| Debtor 1 | K&W Holdings Group, LLC | | Case number *(if known)* | 25-44755-mxm7 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Holden Rd | |
| | State the term remaining | | BVB-NC LLC fka BVB Properties, Inc. |
| | List the contract number of any government contract | | 204-C West Woodlawn Rd Charlotte, NC 28217 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Food Service Contract | |
| | State the term remaining | | Care-A-Lot Adult Day Care |
| | List the contract number of any government contract | | 1753 Old Earnhardt Rd Kannapolis, NC 28083 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Food Service Contract | |
| | State the term remaining | | Carolina Achieve |
| | List the contract number of any government contract | | 6920 West Ten Road Mebane, NC 27302 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Concord | |
| | State the term remaining | 4 months | Copperfield Center Partnership LLC c/o B.V. Belk Investments |
| | List the contract number of any government contract | | 101 N Tryon St Ste 100 Charlotte, NC 28217 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | Cozzini Bros., Inc. |
| | List the contract number of any government contract | | 8430 W Bryn Mawr Ave Chicago, IL 60631 |

| Debtor 1 | K&W Holdings Group, LLC | | | Case number (*if known*) | 25-44755-mxm7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — Food Service Contract

State the term remaining

List the contract number of any government contract

Dillard Academy Charter School
504 W. Elm St.
Goldsboro, NC 27530

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Catering Services Contract

State the term remaining

List the contract number of any government contract

Experimental School of Greensboro
301 S. Church St.
Greensboro, NC 27401

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement

State the term remaining

List the contract number of any government contract

Falcon Holdings Management LLC
500 E State Hwy 114
Suite 300
Southlake, TX 76092

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Contract for Unitized Meals from a Vendor

State the term remaining

List the contract number of any government contract

Food Bank of Central & Eastern NC
1924 Capital Blvd
Raleigh, NC 27610

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — Contract for Waste Containers

State the term remaining

List the contract number of any government contract

GFL Environmental
PO Box 791519
Baltimore, MD 21279-1519

Debtor 1   K&W Holdings Group, LLC _____  Case number *(if known)*   25-44755-mxm7
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Burlington

State the term remaining — 2 years, 11 months

List the contract number of any government contract

I-85 Plaza LLC
PO Box 850
Burlington, NC 27216-0850

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — Contract for Food Services

State the term remaining

List the contract number of any government contract

Meals on Wheels Rowan
720 Grove St
Salisbury, NC 28144

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — Catering Services Contract

State the term remaining

List the contract number of any government contract

Mina Charter School of Lee County
2732 Industrial Dr
Sanford, NC 27332

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Towers

State the term remaining

List the contract number of any government contract

New Bern Development LLC
PO Box 6309
Raleigh, NC 27628

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — Contract for Waffle Makers

State the term remaining

List the contract number of any government contract

New Carbon Company LLC
dba Golden Malted
PO Box 24316
New York, NY 10087

Debtor 1   K&W Holdings Group, LLC

First Name        Middle Name        Last Name

Case number (*if known*)   25-44755-mxm7



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.25.   State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement - Wilmington

State the term remaining

List the contract number of any government contract

New Market Hanover, LP
10920 Via Frontera, Suite 220
San Diego, CA 92127

2.26.   State what the contract or lease is for and the nature of the debtor's interest — Contract for Packaging Machines

State the term remaining

List the contract number of any government contract

Oliver Packaging & Equipment Co.
PO Box 8506
Carol Stream, IL 60197-8506

2.27.   State what the contract or lease is for and the nature of the debtor's interest — Fountain Beverage Sales Agreement

State the term remaining

List the contract number of any government contract

Pepsi
700 Anderson Hill Rd
Purchase, NY 10577

2.28.   State what the contract or lease is for and the nature of the debtor's interest — Food Service Contract

State the term remaining

List the contract number of any government contract

Performance Food Group
543 12th St Dr NW
Hickory, NC 28601

2.29.   State what the contract or lease is for and the nature of the debtor's interest — Contract

State the term remaining

List the contract number of any government contract

Republic Services
PO Box 71068
Charlotte, NC 28272

| Debtor 1 | K&W Holdings Group, LLC | | Case number (*if known*) | 25-44755-mxm7 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | MSA | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Restronaut Technologies LLC<br>500 E State Highway 114 Suite 300<br>Southlake, TX 76092 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Service Program Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Shift4 Posi<br>3501 Corporate PArkway<br>Center Valley, PA 18034 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement - Signature Place | |
|---|---|---|---|
| | State the term remaining | 3 years | |
| | List the contract number of any government contract | | Signature Place Roll Up, LLC<br>895 Island Park Dr Ste 202<br>Daniel Island, SC 29495 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197-4648 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Catering Services Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Wayne Preparatory Academy<br>Charter School Nutrition Program<br>600 Tommy's Rd<br>Goldsboro, NC 27530 |

Debtor 1   K&W Holdings Group, LLC
_____
First Name        Middle Name        Last Name

Case number (*if known*)   25-44755-mxm7
_____



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.35.   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Catering Services Contract

Wayne Stem
3006 Summit Rd
Goldsboro, NC 27534

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re** | § | |
| | § | **Case No. 25-44755-mxm7** |
| **K&W HOLDINGS GROUP, LLC,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS, AND DISCLAIMERS
REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor (the "Debtor") in the above-captioned chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtor's Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited

information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made diligent and reasonable efforts to ensure the accuracy and completeness of such recreated financial information, inadvertent errors or omissions, may cause a material change to the Schedules and Statements.

Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

The CFO of the Debtor, has signed the Schedules and Statements. Jill Filipiak is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Jill Filipiak has relied upon the efforts, statements, and representations of employees, and the Debtor's outside accounting and legal advisors. Jill Filipiak has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses, but is relying on employees of the Debtor in gathering such information.

## GLOBAL NOTES OVERVIEW AND METHODOLOGY

1.      **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation):

(a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against the Debtor (as defined in section 105(a) of the Bankruptcy Code, a "Claim"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.      **Description of Case and "as of" Information Date.** On December 4, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code [Docket No. 1] (the "Petition") with the Bankruptcy Court. The asset and liability information provided herein represents the asset and liability data of the Debtor as of the Petition Date, except as otherwise noted. In some instances, the Debtor has used estimates or

prorated amounts where actual data as of the Petition Date was not available. The Debtor has made a reasonable effort to allocate liabilities between the pre- and postpetition periods based on the information available to the Debtor and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and postpetition periods and amend the Schedules and Statements accordingly.

3.      **Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for each of its property interests. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtor's assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtor reserves its right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtor, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtor's enterprise value.

4.      **Reporting Date.** The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtor's asset values as of 12/4/2025 (the "Reporting Date"), unless otherwise identified.  Estimated cash balances presented in Schedule A

reflect bank balances as of 12/4/2025. Liability values presented in Schedules D, E, and F are as of the Petition Date.

5.      **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.      **Liabilities.** The Debtor has sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or

challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

7.      **Insiders.** For the purposes of the Schedules and Statements, the Debtor defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; additionally, some of the potential insiders appear to be operating a business similar the Debtor's using foreign based operations in Eastern Europe; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

8.      **Executory Contracts and Unexpired Leases.** Although the Debtor has made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtor may have inadvertently failed to do so. Accordingly, the Debtor reserves all of its rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of this chapter 7 case.

9. **Classifications.** Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

10. **Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

11. **Causes of Action.** Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties (collectively, "Causes of Action") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of its rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12. **Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

    a.      Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

    b.      Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.      Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

13. **Estimates.** To prepare and file the Schedules in accordance with the deadline established in the chapter 7 case, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14. **Currency.** All amounts are reflected in U.S. dollars unless otherwise indicated.

15. **Setoffs.** The Debtor periodically incurs certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to

pricing discrepancies, returns, refunds, inadvertent payments, negotiations and/or disputes between the Debtor and its customers, suppliers, and third-party insurers. These normal setoffs are consistent with the ordinary course of business in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statements.

16.     **Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Disclosures with respect to the Schedules and
Statement of Financial Affairs Schedules A/B.**

**Part 10:** Intangibles and Intellectual Property.

Patents, Trademarks and/or other Intellectual Property are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Customer Lists are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

Intangible Assets and Goodwill are listed as an undetermined amount on account of the fact that the fair market value of such intangible items such as Goodwill and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 1Q3** – Official company names on bank accounts

Company Name – K&W Holdings Group, LLC

Bank Name – Texas Partners Banks

Company Name – K&W Holdings Group, LLC
Bank Name – Truist (formerly Suntrust)

**AB P3 Q11** – Door dash, uber eats & grub hub are estimated amounts based on sales and do not include any vendor fees and taxes.

### SCHEDULES E/F

**Part 1: Priority Unsecured Claims.**

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**E/F P1** – Garnishments are court orders for the employee personal debt.  The garnishments listed were from the employees last paycheck and we did not have wire instructions to pay the government agencies.

**Part 2: Nonpriority Unsecured Claims.** The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's books and records as of the Petition Date. Claims listed on Schedule E/F may have been aggregated by creditor name and remittance address and may include several dates of incurrence for the aggregate balance listed.

The Debtor has made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, trade creditors, consultants, and other service providers; however, the

Debtor believes that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

## SCHEDULE G

Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtor's review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or

leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves all of its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

The Debtor reserves all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

Debtor has multiple agreements with business-to-business software providers that may not be listed on Schedule G. The Debtor has listed the major providers that it can readily identify but there are many other smaller companies that provide software 'plug-in' services for the Debtor's software to be functional on various websites. The Debtor lacks the financial wherewithal to identify each of these smaller companies. The Debtor reserves all rights to modify Schedule G should additional agreements be uncovered.

- Arc3 – They have tanks that will need to be returned.

- Pepsi – equipment that will need to be returned.

- Spectrum – has equipment that will need to be returned.

- Charter Communications – has equipment that will need to be returned.

- Cozzini – Slicer blades and knives

- Ecolab – Soap dispensers

- Alsco – Linens / mats / towels

- PFG – Tea equipment at Burlington

- RTI – Filter machine / Storage containers for Oil

- Wind River – Grease dispensers outside

- New Carbon Company – Waffle makers

- IO Music – Music players

- Waste Management – Trash containers (Crossroads / Burlington / Hanes Mills)

- GFL – Trash Containers (Rocky Mt and Holden Rd)

- Republic Services – Trash Containers (Concord / Healy Rd / Towers)

- Oliver Package and Equipment Company – Packaging Machine (Signature / Concord/Rocky Mount/Towers)

## STATEMENT OF FINANCIAL AFFAIRS

**P1Q1 –** The actual dates for gross revenue from business are as follows:

| | |
|---|---|
| 12/28/2022 - 12/26/2023 | $31,496,899.13 |
| 12/27/2023 - 12/31/2024 | $29,207,336.53 |
| 01/01/2025 - 12/01/2025 | $19,354,838.00 |

**P1Q2** – Rebates – Debtor received Pepsi (last received 8/1/25) and Dr. Pepper (6/9/25)

**P5 Q10** – Cash over short is normal operating cash shortages for an entire year P7 Q14 – New Market Hanover LP owns Wilmington location and we had negotiated a payout for the final lease payments.  Last payment was due in September 2025 however we stop paying due to cash shortage there is a remaining balance due 54,000.

Fayetteville we negotiated out of the lease on 3/31/2025.  There was nothing due and nothing paid to close down.

Allred Investment Company LLC – They own 4 locations, Rocky Mount, Crossroads, Healy Drive, Hanes Mills.   Back rent for April, May, June, and November.  In addition to base rent, Crossroads has past due percentage rent for July, August, September 2025. Rocky has past due percentage rent for September 2025.

Copperfield Center Partnership owns Concord.  Backrent for April, May, June and November.  In addition to the base rent Concord has percentage rent for December 2024.

BVB Properties Inc owns Holden Road.  Back rent is owed for November.

I-85 Plaza owns Burlington.  Back rent is owed partial for May, full rent June, Full rent July and full rent November.

New Bern Development LLC owns Towers.  Back rent is owed for November.

Signature Place Roll Up LLC owns Signature.  Back rent is owed for March, April, May, June, July.  We had negotiated a rent break starting in August for 19,000 until December 2025.

**P10 Q20** – There are 3 storage units located at Cubesmart in Winston Salem. #14, #78, and #79.

Contents include:

**CubeSmart #0014**

(3) Traulsen undercounter cooler
(2) S 2- Bowl Prep sinks
(1) Flat top grill
(1) groove grill
(1) table
(3) landing tables
(1) SS shelving unit
(2) metro warmers
(1) Stainless Steel Prep Table 8'
(1) Follet Ice bin
(1) Hobart 30Q Mixer
(1) Hobart meat grinder
(1) Champion 66 Pro Dish machine
(2) Aluminum can racks

**CubeSmart #0078**

(11) Plastic dunnage racks
(2) Stainless steel Racks w/ over shelf
(1) Comtec Pie Press
(4) Groen PT 20 Pedistal Kettles
(1) landing table
(1) small stainless steel table
(6) Baker's racks
(1) Hobart meat grinder
(1) Stainless steel cart
(22) Stainless steel pans
(1) metro warmer
(1) 8' ladder
(1) Case 2x2 ceiling tile (16ct)

**CubeSmart #0079**

(3) File cabinets/store files (Blue prints for all locations)

(15) Boxes of floor tile/Crossville gray
(4) Blodgett oven racks
(6) metro racks
(14) POS monitors
(25) POS printers
(16) Tablets
(27) Tablet covers
(10) Phones
(Misc.) Assortment of Parts, Assortment of Fiberglass Pipe Insulation

**Fill in this information to identify the case:**

Debtor name    K&W Holdings Group, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    25-44755-mxm7

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |

Official Form 206H                   Schedule H: Your Codebtors                   Page 1 of 1